# RETURN OF SERVICE
## United States District Court
## District of Columbia

**International Painters And Allied Trades Industry Pension Fund**

**Civil Action No. 1:05CV01662**

vs

**The Troast Group, Inc.**

SERVICE OF PROCESS ON: **The Troast Group, Inc.**

**Doug Priest,** undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

**Date of Service:**      August 29, 2005 @ 3:00 p.m.
**Place of Service:**     100 W. Century Road Paramus, NJ 07652
**Documents Served:**     Summons & Complaint

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___By personally delivering them into the hands of the person being served
___By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:
_X_By delivering to an officer or person-in-charge or managing agent whose name and title is:
   **Anthony Desena, Safety Coordinator**

Description of Person Receiving Documents: (Male)/Female   Skin Color WHiTE
                                            Hair Color BrowN   Age 35 Hgt 6'2 Wgt 215

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____          8/29/05
Signature of Server                       Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16th Floor
Philadelphia, PA 19106          215-922-6700

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

THE TROAST GROUP, INC.

CASE NUMBER   1:05CV01662

JUDGE: Ellen Segal Huvelle

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 08/19/2005

TO: (Name and address of Defendant)

The Troast Group, Inc.
100 W. Century Rd.
Paramus, NJ 07652

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 19 2005

CLERK                                DATE

(By) DEPUTY CLERK