| UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA | |
|---|---|
| WOLLMUTH MAHER & DEUTSCH LLP<br>One Gateway Center, Ninth Floor<br>Newark, NJ 07102<br>Tel. (973) 733-9200<br>James N. Lawlor (JL-6065) | |
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>                    Plaintiff,<br>v.<br><br>THE TROAST GROUP, INC.<br><br>                    Defendant. | CASE NUMBER 1:05 CV 01662<br>JUDGE: Ellen Segal Huvelle |

**STIPULATION AND ORDER
TO EXTEND TIME TO ANSWER**

The relief set forth on the following page two (2) is hereby **ORDERED**.

**DATED :**  _____

                                            Hon. Ellen Segal Huvelle
                                            United States District Court

It is hereby stipulated and agreed by and between plaintiff, International Painters and Allied Trades Industry Pension Fund, and defendant, The Troast Group, Inc., by and through their respective counsel, that defendant shall have up to and including October 18, 2005, to file and serve an answer only with respect to the Complaint in the above-captioned matter.

| JENNINGS SIGMOND, P.C. | WOLLMUTH MAHER & DEUTSCH LLP |
|---|---|
| By: /s/Sanford G. Rosenthal | By: /s/ Paul R. DeFilippo |
| Sanford G. Rosenthal (Bar No. 478737) | Paul R. DeFilippo (Bar No. 460368) |
| Shanna M. Cramer | James N. Lawlor |
| Counsel for International Painters and Allied Trades Industry Pension Fund | Counsel for Troast Group, Inc. |
| Dated: October 17, 2005 | Dated: October 17, 2005 |