# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br> <br> Plaintiff, <br> v. <br> <br> THE TROAST GROUP, INC. <br> <br> Defendant. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-1662 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

## REQUEST TO CLERK TO ENTER DEFAULT
## PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendant, The Troast Group, Inc., for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Affidavit of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/     Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611

Date: October 24, 2005          Attorney for Plaintiff

160264-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | |
| TRADES INDUSTRY PENSION FUND ) | |
| ) | |
| Plaintiff,   )CIVIL ACTION NO. 05-1662 (ESH) | |
| v.   ) | |
| ) | |
| THE TROAST GROUP, INC.   ) | |
| ) | |
| Defendant.   ) | |

**AFFIDAVIT OF SANFORD G. ROSENTHAL, ESQUIRE**
**FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, The Troast Group, Inc., by Doug Priest, Process Server, at 100 W. Century Road, Paramus, NJ 07652 by serving Anthony Desena, safety coordinator, on August 29, 2005. The Return of Service has been duly docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3. Defendant has not filed a proper Answer with this Court or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

4. Defendant is neither an infant nor incompetent person.

5. Inasmuch as a Defendant is a corporation, it is not in the military service

160264-1

6. The Clerk is requested to enter default against Defendant.

                                                          I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: October 24, 2005                BY:/s/    Sanford G. Rosenthal
                                                 SANFORD G. ROSENTHAL, ESQUIRE

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> The Troast Group, Inc.
> James N. Lawler, Esquire
> WOLLMUTH MAHER & DEUTSCH LLP
> One Gateway Center, Ninth Floor
> Newark, NJ  07102

Date: October 24, 2005              BY:/s/     Sanford G. Rosenthal
                                        SANFORD G. ROSENTHAL, ESQUIRE

160264-1