Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND
    Plaintiff(s)

Civil Action No. 05-1662

V.

THE TROASTGROUP, INC.
    Defendant(s)

RE: THE TROASTGROUP, INC.

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 29, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of October, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jackie Frances_
    Deputy Clerk