UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>THE TROAST GROUP, INC.,<br><br>Defendant. | Civil Action No. 05-1662<br>(ESH) |

## ORDER

Default having been entered by the Clerk of Court on October 25, 2005, it is this 25th day of October, 2005, hereby

**ORDERED** that plaintiff shall move for default judgment on or before November 15, 2005 or the Court will dismiss this action for lack of prosecution pursuant to LCvR 83.23.

s/
ELLEN SEGAL HUVELLE
United States District Judge