IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1662 (ESH) |
| v. | )<br>) |
| THE TROAST GROUP, INC. | )<br>)<br>) |
| Defendant. | ) |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendant, The Troast Group, Inc., in the amount of $57,108.49. On October 24, 2005, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on October 25, 2005.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Sanford G. Rosenthal (attached as Exhibit 3), and a proposed default judgment.

                      Respectfully submitted,

                      JENNINGS SIGMOND, P.C.

                      s/Sanford G. Rosenthal
                      SANFORD G. ROSENTHAL, ESQUIRE
                      (I.D. NO. 478737)
                      The Penn Mutual Towers, 16th Floor
                      510 Walnut Street, Independence Square
                      Philadelphia, PA 19106-3683
                      (215) 351-0611

Date: <u>November 10, 2005</u>        Attorneys for Plaintiff

160604.1