**CERTIFICATE OF SERVICE**

I hereby certify this 10th of November, 2005, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

The Troast Group, Inc.<br>
James N. Lawler, Esquire<br>
WOLLMUTH MAHER & DEUTSCH LLP<br>
One Gateway Center, Ninth Floor<br>
Newark, NJ  07102

DATE: <u>November 10, 2005</u>                          <u>s/ Sanford G. Rosenthal</u>
                                                         SANFORD G. ROSENTHAL, ESQUIRE

160604-1