IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff,<br><br>v.<br><br>THE TROAST GROUP, INC.<br><br>Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 05-1662 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFAULT JUDGMENT**

Upon consideration of the Complaint and Motion for Entry of Judgment by Default of the Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Fund," "Pension Fund" or "Plaintiff"), it appears to the Court that Defendant, The Troast Group, Inc. ("Company" or "Defendant"), has willfully failed to appear, plead or otherwise defend, and it is ORDERED:

1. Judgment is entered against Company, and in favor of Plaintiff in the total amount of $57,108.49, itemized as follows:

   (a) Unpaid contributions for the period January 1, 2001 through April 2005 and the month of September 2005 in the amount of $41,280.08 under 29 U.S.C. §1132(g)(2) and 185(a);

   (b) Interest from the date contributions became due until October 31, 2005, in the amount of $2,845.30;

   (c) Liquidated damages in the amount of $8,256.00, which is twenty percent (20%) of the total amount of contributions ($41,280.08) owed the Fund for the period January 2001 through April 2005 and the month of September 2005;

   (d) Late charges in the amount of $213.12 for the period March 2004 through May 2005;

   (e) Audit costs in the amount of $1,674.43; and

160604.1

(f)   Attorneys' fees and costs in the amount of $2,839.56 incurred by Plaintiff through November 7, 2005, as provided in 29 U.S.C. §1132(g)(2)(D).

2.   Defendant, its owners, officers, agents, servants, attorneys and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with accompanying pension contributions for all periods for which Defendant is obligated to do so under its collective bargaining agreement(s).

3.   Plaintiff is awarded reimbursement of all additional attorneys' fees and costs it incurs in the collection and enforcement of this judgment as well as those incurred in the collection of delinquent contributions which may be found to be due as a result of the audit provided for in this Order.

   _____
   ELLEN SEGAL HUVELLE         J.
   United States District Judge

Copies of this Default Judgment shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

The Troast Group, Inc.
James N. Lawler, Esquire
WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center, Ninth Floor
Newark, NJ  07102