**8/15/05 Lawsuit filed by Sandy Rosenthal for at least the sum of $54,608.63 representing:**

| | |
|---|---|
| $41,888.98 | Principal through 6/05 (Includes Audit covering 1/1/01 through 3/31/05) |
| $2,254.32 | Interest through 7/31/05 |
| $213.12 | Late charges |
| $1,674.43 | Audit Costs |
| $8,377.78 | Liquidated damages |
| $200.00 | Attorneys' fees and costs through 6/05 |
| **$54,608.63** | **TOTAL** |

### OWES:

#### Audit 1/1/01 through 3/31/05

$32,007.99   Principal –

| | | |
|---|---|---|
| $31,517.79 | IUPAT PF | |
| | $11,486.56 – 3/03 to 12/03 DC 711 | **1 employee non-member inter** |
| | $16,250.47 - 1/04 to 12/04 DC 711 | |
| | | **1 employee non-member painter 5/04 and 8/04 pmt to subcontractors** |
| $3,356.66 - | 1/05 to 3/05 DC 711 | |
| | | **1 employee non-member painter** |
| $914.30 | 2/04, 3/04, 10/04 LU DW1976 | |
| $245.10 | LMCI | |
| $245.10 | JATC | |

| | |
|---|---|
| $2,032.31 | Interest through 7/31/05 (Orig through 7/1/05 $1,874.45) |
| $1,674.43 | Audit Cost |
| $35,714.73 | Total |
| $6,401.59 | Liquidated damages |
| $484.07 | Additional interest through 10/31/05 |
| **$42,600.39** | **Balance** |

#### Post Audit (4/05 forward and any amts due not included in audit)

| | |
|---|---|
| $213.12 | Late charges for 3/04, 4/04, and part of 5/04 |
| $9,272.09 | Principal – |

| | | |
|---|---|---|
| $354.24 | Report shortages: | $116.80 Short for 5/04 |
| | | $140.00 Short for 7/04 |
| | | $94.86 Short for 9/04 |
| | | $2.58 Various small shortages through 11/04 |

$2,428.99 Unpaid contributions for 12/04 (not included in audit, per remittance report)
$1,187.83 Unpaid contributions for 1/05 (not included in audit, per remittance report)
$1,331.26 Unpaid contributions for 2/05 (not included in audit, per remittance report)
$2,320.50, Unpaid contributions for 3/05 (not included in audit, per remittance report)
$930.69 Unpaid contributions for 4/05, based on report
$-------- Paid 5/05 timely
$-------- Paid 6/05 timely
$ ------- Paid 7/05 timely
$-------- Paid 8/05 timely
$718.58 Estimate for 9/05*

| | |
|---|---|
| $328.92 | Interest through 10/31/05 |
| $1,854.41 | Liquidated damages |
| $1,663.56 | Attorneys' fees and costs through 9/05 |
| **$13,332.10** | **TOTAL** |



EXHIBIT 2

**SUMMARY**

| | |
|---:|---|
| $41,280.08 | Principal through 9/05 (Includes Audit covering 1/1/01 through 3/31/05) |
| $2,845.30 | Interest through 10/31/05 |
| $213.12 | Late charges |
| $1,674.43 | Audit Costs |
| $8,256.00 | Liquidated damages |
| $2,839.56 | Attorneys' fees and costs through 11/9/05 |
| **$57,108.49** | **TOTAL** |

- *Estimate based on the average of the last three months filed as follows:
- $910.96 06/05
- $565.42 07/05
- $679.36 08/05
- $2,155.74 divided by 3 = $718.58