IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1662 (ESH) |
| v. | )<br>) |
| THE TROAST GROUP, INC. | )<br>)<br>) |
| Defendant. | ) |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE

Sanford G. Rosenthal, Esquire, declares on penalty of perjury under the laws of the United States as follows:

1. I am a shareholder in the law firm of Jennings Sigmond and presently serve as counsel to the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") in this case. I graduated from The Dickinson School of Law in 1983 and was admitted as a member of the Bar of the District of Columbia on August 5, 2002. I have been a member of the Pennsylvania Bar since 1983. I have represented employee benefit plans such as the Pension Fund since 1983. In that capacity, I have litigated numerous cases involving employers who have failed to pay pension contributions. I am submitting this Declaration to document the attorneys' fees and costs which the Pension Fund has incurred in this case through November 10, 2005.

2. Attached as Exhibit 4 is an itemized statement detailing the attorney's fees and costs incurred by the Pension Fund through November 10, 2005, in connection with collecting

141629-1


EXHIBIT

delinquent contributions and other amounts from Defendant. Based upon my review of Exhibit 4, the Fund has incurred $2,839.56 in attorneys' fees and costs.

                                    I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date: November 10, 2005                s/Sanford G. Rosenthal
                                                SANFORD G. ROSENTHAL, ESQUIRE