**JENNINGS SIGMOND, P.C.**
ATTORNEYS AT LAW

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-27194-001 RBS
Bill date    06/10/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


The Troast Group, Inc.   (27194)

FOR PROFESSIONAL SERVICES RENDERED

```
05/23/05 SGR  Review of Correspondence from Fund regarding New
              Delinquency Case
              Review of Documents
              Preparation of Litigation Intake Memo
                                       .40 hrs  200  /hr      80.00
05/26/05 SGR  Review of Correspondence from P. Gilbert
                                       .10 hrs  200  /hr      20.00
                                                         -----------
              TOTAL FEES                                $    100.00
```

DISBURSEMENTS

```
                                                         -----------
              TOTAL DISBURSEMENTS                       $       .00
```

BILLING SUMMARY

```
              TOTAL FEES                                $    100.00
                                                         -----------
              TOTAL CHARGES FOR THIS BILL               $    100.00
```

EXHIBIT

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number PTINTF-27194-002 RBS
                         Bill date  07/11/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


The Troast Group, Inc.  (27194)

FOR PROFESSIONAL SERVICES RENDERED

```
06/01/05 SGR   Review of Correspondence from Fund
                                          .10 hrs  200 /hr      20.00
06/21/05 SGR   Memo to File regarding Case Status
               Letter to P. Gilbert
                                          .30 hrs  200 /hr      60.00
06/22/05 SGR   Review of Correspondence from P. Gilbert
                                          .10 hrs  200 /hr      20.00
                                                            -----------
               TOTAL FEES                              $       100.00
```

DISBURSEMENTS

```
                                                            -----------
               TOTAL DISBURSEMENTS                     $           .00
```

BILLING SUMMARY

```
               TOTAL FEES                              $       100.00
                                                            -----------
               TOTAL CHARGES FOR THIS BILL             $       100.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                     Bill number PTINTF-27194-003 RBS
                        Bill date    08/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


The Troast Group, Inc.  (27194)

FOR PROFESSIONAL SERVICES RENDERED

```
07/20/05 SGR   Phone Conference with P. Gilbert
                                         .30 hrs  200  /hr      60.00
07/25/05 SGR   Review of Correspondence from Fund regarding
               Audit
               Review of Delinquency Summary
               Review of Audit
                                         .30 hrs  200  /hr      60.00
07/27/05 SGR   Review of Correspondence from Fund
                                         .10 hrs  200  /hr      20.00
                                                            -----------
               TOTAL FEES                                $     140.00
```

DISBURSEMENTS

```
                                                            -----------
               TOTAL DISBURSEMENTS                       $        .00
```

BILLING SUMMARY

```
               TOTAL FEES                                $     140.00
                                                            -----------
               TOTAL CHARGES FOR THIS BILL               $     140.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                        Bill number PTINTF-27194-004 RBS
                            Bill date   09/12/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


The Troast Group, Inc.   (27194)

FOR PROFESSIONAL SERVICES RENDERED

```
08/01/05 SGR  Review of Correspondence from T. Montemore
                                          .10 hrs  200  /hr      20.00
08/11/05 SGR  Review of Correspondence from V. McGlone
              regarding Company Response to Audit
                                          .20 hrs  200  /hr      40.00
08/11/05 SGR  Phone Conference with T. Montemore
              Phone Conference with V. McGlone
              Letter to V. McGlone
              Memo to File regarding Litigation
              Office Conference with Attorney S. Cramer
              Review of Documents
                                          .90 hrs  200  /hr     180.00
08/11/05 SMC  Review of File
              Conference with Attorney S. Rosenthal
              Legal Research
                                         1.50 hrs  200  /hr     300.00
08/12/05 SMC  Preparation of Complaint
                                         1.50 hrs  200  /hr     300.00
08/18/05 CTM  Computer Research Business Status Report of
              Troast Group and John Troast Construction
                                         1.10 hrs   70  /hr      77.00
08/18/05 SMC  Review of NJ Secretary of State Information
                                          .20 hrs  200  /hr      40.00
                                                              ----------
              TOTAL FEES                                 $       957.00
```

DISBURSEMENTS

```
08/11/05 7100 Filing Fee - Complaint                             250.00
08/31/05 COPY Photocopies                                         13.30
                                                              ----------
              TOTAL DISBURSEMENTS                        $       263.30
```

BILLING SUMMARY

```
              TOTAL FEES                                 $       957.00
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27194-004 RBS                                                Page      2

             TOTAL DISBURSEMENTS                          $         263.30
                                                                -----------
             TOTAL CHARGES FOR THIS BILL                  $       1,220.30
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27194-ALL RBS                                          Page    1


          REPORT TOTALS

          TOTAL FEES                                           1,297.00

          TOTAL DISBURSEMENTS                                    263.30
                                                              ---------
                                                               1,560.30
```

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 1290
Tuesday, November 08, 2005

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PPINTF | IUPAT Industry Pension Fund | 27194 | The Troast Group, Inc. | Sigmond, Richard B. |

Beginning To End

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/4/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Order |
| 10/11/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from Attorney J. Lawler (2x) Preparation of Letter to Attorney J. Lawler |
| 10/17/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with Attorney J. Lawler Review of Correspondence from Attorney J. Lawler |
| 10/18/2005 | SMC | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Defendants' Answer Review of Documents |
| 10/19/2005 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | | Preparation of Letter to Attorney J. Lawler Review of Answer Review of Documents |
| 10/20/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Disclosure |
| 10/21/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Court Documents Phone Conference with Attorney J. Lawler |
| 10/25/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Court Order |
| 10/25/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Default Entry |
| 10/26/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Default Entry |
| **Totals** | | **2.40** | **2.40** | | **$376.00** | | | |

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/8/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Affidavit of Service |
| 9/12/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with Attorney J. Lawler Review of Documents |
| 9/13/2005 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Review of Correspondence from Attorney J. Lawlor |
| 9/15/2005 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Phone Conference with Errands regarding Affidavit of Service Review of Amended Affidavit of Service of Complaint |
| 9/28/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from Attorney J. Lawler |
| 9/29/2005 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Correspondence from Attorney J. Lawler (2x) Preparation of Letter to Attorney J. Lawler Review and Revision of Stipulation to Extend Time |
| **Totals** | | **0.90** | **0.90** | | **$154.00** | | | |

### Billed Expenses

| Date | | | | | Amount | Exp Code | | Narrative |
|---|---|---|---|---|---|---|---|---|

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Beginning To End

Report ID: OT2025 - 1290
Tuesday, November 08, 2005

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/1/2005 | $10.00 | CRBI | Computer Research - Business Information |
| 9/1/2005 | $69.63 | CRDB | Computer Research - Dun & Bradstreet |
| 9/1/2005 | $69.63 | CRDB | Computer Research - Dun & Bradstreet |

### Billed Expenses

Totals: $149.26

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 3.30 | 3.30 | $530.00 | $149.26 | $679.26 |

*** End Of Report ***

THE PENN MUTUAL TOWERS • 16TH FLOOR • 510 WALNUT STREET • INDEPENDENCE SQUARE • PHILADELPHIA, PA 19106-3683 • 215-922-6700 • Fax 215-922-3524

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
                                  )
            Plaintiff,            ) CIVIL ACTION NO. 05-1662 (ESH)
    v.                            )
                                  )
THE TROAST GROUP, INC.            )
                                  )
            Defendant.            )

### JENNINGS SIGMOND ATTORNEYS' FEES – November 2005

| Date | Attorney | Task | Time |
|---|---|---|---|
| 11/05/05 | SMC | Preparation of Default Motion. Preparation of Declarations. | 1.50 |
| 11/08/05 | SMC | Review and Revise Default Motion Review and Revise Declarations Preparation of Letter to T. Montemore | 1.50 |
| | | **TOTAL** | **3.00** |

**November Summary**
SMC   3.00 Hrs x $200.00  =   $600.00

Fees incurred 5/05 – 8/05   =   $1,827.00
Costs incurred 5/05 – 8/05  =   $ 412.56
                                $2,239.56

        **Grand Total:**   $2,839.56

160604-1