UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES UNION AND INDUSTRY PENSION FUND, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1662 (ESH) |
| THE TROAST GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

It is hereby **ORDERED** that plaintiff's motion for entry of default judgment is **GRANTED**.  Within 20 days of the date of this Order defendant shall pay plaintiff the amount of $56,201.57, pursuant to 29 U.S.C. § 1132(g)(2).  It is

**FURTHER ORDERED** that defendant file complete, proper, and timely remittance reports with appropriate pension contributions when obligated to do so under the collective bargaining agreement(s); and it is

**FURTHER ORDERED** that within 15 days of a request by plaintiff or its representative, defendant make its payroll books and related records available to plaintiff to audit the remittance reports for the relevant period; it is

**FURTHER ORDERED** that judgment shall be entered for plaintiff and the complaint dismissed.

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 21, 2005