IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATION PAINTERS AND ALLIED TRADERS INDUSTRY PENSION FUND,<br><br>  Plaintiff,<br><br>vs.<br><br>THE TROAST GROUP, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05-CV-01662-ESH<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jeffrey L. Karlin as counsel in this case for Defendant The Troast Group, Inc.

                                  Respectfully submitted,

                                  /s/ Jeffrey L. Karlin
                                  Jeffrey L. Karlin (DC Bar No. 458465)
                                    Karlin.Jeffrey@gpmlaw.com
                                  GRAY, PLANT, MOOTY, MOOTY
                                  & BENNETT, P.A.
                                  2600 Virginia Avenue, N.W.
                                  Suite 1111
                                  Washington, D.C.  20037
                                  Telephone:  (612) 632-3000
                                  Facsimile:  (612) 632-4444

Date:  December 9, 2005              Attorney for Defendant The Troast Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, a copy of the foregoing **NOTICE OF APPEARANCE OF JEFFREY L. KARLIN** was sent by facsimile and first-class mail, postage prepaid, to the following:

> Sanford G. Rosenthal, Esq.
>   srosenthal@jslex.com
> JENNINGS SIGMOND
> 510 Walnut Street
> Philadelphia, PA 19108
> Telephone:   (215) 351-0611
> Facsimile:   (215) 922-3524
> Attorneys for Plaintiff International Painters and Allied
>    Trades Industry Pension Fund

/s/ Jeffrey L. Karlin