IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATION PAINTERS AND ALLIED )<br>TRADERS INDUSTRY PENSION FUND, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>THE TROAST GROUP, INC., )<br>  )<br>  Defendant. ) | Civil Action No. 1:05-CV-01662-ESH |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Eric L. Yaffe as counsel in this case for Defendant The Troast Group, Inc.

Respectfully submitted,

/s/ Jeffrey L. Karln
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
  Karlin.Jeffrey@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037
Telephone:   (612) 632-3000
Facsimile:   (612) 632-4444

Date: December 9, 2005                    Attorney for Defendant The Troast Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, a copy of the foregoing **NOTICE OF APPEARANCE OF ERIC L. YAFFE** was sent by facsimile and first-class mail, postage prepaid, to the following:

> Sanford G. Rosenthal, Esq.
>   srosenthal@jslex.com
> JENNINGS SIGMOND
> 510 Walnut Street
> Philadelphia, PA 19108
> Telephone:   (215) 351-0611
> Facsimile:   (215) 922-3524
> Attorneys for Plaintiff International Painters and Allied
>     Trades Industry Pension Fund

/s/ Jeffrey L. Karlin