IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>THE TROAST GROUP, INC.,  )<br><br>Defendant.  ) | Civil Action No. 1:05-CV-01662-ESH |

### DEFENDANT'S MOTION TO RE-OPEN CASE

Defendant The Troast Group, Inc. ("Troast"), by and through undersigned counsel, hereby moves to re-open the above-captioned civil action to allow the Court to rule on the concurrently-filed Motion to Vacate Default Judgment. The Motion to Re-Open is necessary because the case was closed administratively by the Clerk's Office following the Court's entry of default judgment against Troast on November 21, 2005. Re-opening the case would allow Troast to file its motion papers. A proposed Order is enclosed.

Respectfully submitted,

/s/ Jeffrey L. Karlin
Eric L. Yaffe (DC Bar No. 439750)
 Eric.Yaffe@gpmlaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
 Jeffrey.Karlin@gpmlaw.com
GRAY PLANT MOOTY
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037
Telephone:  (612) 632-3000
Facsimile:  (612) 632-4444

Date: December 9, 2005          Attorneys for Defendant The Troast Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, a copy of the foregoing **DEFENDANT'S MOTION TO RE-OPEN CASE** was sent by facsimile and first-class mail, postage prepaid, to the following:

>Sanford G. Rosenthal, Esq.
>   srosenthal@jslex.com
>JENNINGS SIGMOND
>510 Walnut Street
>Philadelphia, PA 19108
>Telephone:   (215) 351-0611
>Facsimile:   (215) 922-3524
>Attorneys for Plaintiff International Painters and Allied
>      Trades Industry Pension Fund

/s/ Jeffrey L. Karlin