IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>THE TROAST GROUP, INC.,  )<br><br>Defendant.  ) | Civil Action No. 1:05-CV-01662-ESH |

## ORDER

**UPON CONSIDERATION** of Defendant The Troast Group, Inc.'s Motion to Re-Open Case, Plaintiff's opposition thereto, and the record herein, it is by the Court on this _____ day of _____, 200_, hereby

**ORDERED**, that Defendant's Motion to Re-Open Case is hereby GRANTED, and it is further

**ORDERED**, that the above-captioned case is hereby re-opened in order to allow the Court to determine Defendant's Motion to Vacate Default Judgment.

_____
Ellen Segal Huvelle
United States District Judge

cc:   All Counsel of Record

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, a copy of the foregoing **PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO RE-OPEN CASE** was sent by facsimile and first-class mail, postage prepaid, to the following:

>Sanford G. Rosenthal, Esq.
>  srosenthal@jslex.com
>JENNINGS SIGMOND
>510 Walnut Street
>Philadelphia, PA 19108
>Telephone:    (215) 351-0611
>Facsimile:    (215) 922-3524
>Attorneys for Plaintiff International Painters and Allied
>   Trades Industry Pension Fund

/s/ Jeffrey L. Karlin

2