IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 1:05-CV-01662-ESH |
| THE TROAST GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT

Defendant The Troast Group, Inc. ("Troast"), by and through undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 60(b) for an Order vacating this Court's Order of November 21, 2005 entering a default judgment against it. In support of its Motion, The Troast Group relies on the accompanying memorandum of law, a Verified Answer and a Certification from Douglas K. Troast, and the entire record herein. A proposed Order is enclosed.

Respectfully submitted,

/s/ Jeffrey L. Karlin
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
  Jeffrey.Karlin@gpmlaw.com
GRAY PLANT MOOTY
2600 Virginia Avenue, N.W.,
Suite 1111
Washington, D.C. 20037
Telephone:   (612) 632-3000
Facsimile:   (612) 632-4444

Date: December 9, 2005          Attorneys for Defendant The Troast Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, a copy of the foregoing **DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT** was sent by facsimile and first-class mail, postage prepaid, to the following:

> Sanford G. Rosenthal, Esq.
> srosenthal@jslex.com
> JENNINGS SIGMOND
> 510 Walnut Street
> Philadelphia, PA 19108
> Telephone: (215) 351-0611
> Facsimile: (215) 922-3524
> Attorneys for Plaintiff International Painters and Allied
> Trades Industry Pension Fund

/s/ Jeffrey L. Karlin