IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE TROAST GROUP, INC., )<br><br>Defendant. ) | Civil Action No. 1:05-CV-01662-ESH |

### ORDER

**UPON CONSIDERATION** of Defendant The Troast Group, Inc.'s Motion to Vacate Default Judgment, Plaintiff's opposition thereto, and the record herein, it is by the Court on this _____ day of _____, 200_, hereby

**ORDERED**, that Defendant's Motion to Vacate Default Judgment is hereby GRANTED, and it is further

**ORDERED**, that the Order of the Court Granting Plaintiff's Motion for Default Judgment is hereby VACATED; and it is further

**ORDERED** that the Verified Answer of The Troast Group, Inc, is to be accepted by the Clerk for filing in this action.

_____
Ellen Segal Huvelle
United States District Judge

cc:     All Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2005, a copy of the foregoing **PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT** was sent by facsimile and first-class mail, postage prepaid, to the following:

>Sanford G. Rosenthal, Esq.
>   srosenthal@jslex.com
>JENNINGS SIGMOND
>510 Walnut Street
>Philadelphia, PA 19108
>Telephone:   (215) 351-0611
>Facsimile:   (215) 922-3524
>Attorneys for Plaintiff International Painters and Allied
>     Trades Industry Pension Fund

/s/ Jeffrey L. Karlin