IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1662 (ESH) |
| v. | ) ) ) |
| THE TROAST GROUP, INC. | ) ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on Defendant's Motion to Vacate Default Judgment, in the above-captioned action, and the Court having considered the arguments, pleadings and briefs:

It is ORDERED that the Defendant's Motion is, hereby DENIED.

BY THE COURT

Date:_____

_____
Ellen S. Huvelle,          J.
United States District Judge

162386-1

Copies of this Default Judgment shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 922-3524 (fax)

Jeffrey L. Karlin, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

Eric L. Yaffe, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037