## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Memorandum of Law in Response to Defendant's Motion to Vacate Default Judgment was served by mailing same first class mail, postage prepaid on the date listed below:

Jeffrey L. Karlin, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

Eric L. Yaffe, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

/s/    Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: December 16, 2005

162386-1