
INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND



Office of
Gary J. Meyers
Fund Administrator

202·783·4884
Fax 202·393·6475

ONE VOICE

Representing
Protective and Decorative
Coatings Applicators •
Wallcoverers • Drywall Finishers
• Painters • Decorators • Scenic
Artists • Designers • Civil Service
Workers • Shipyard Workers •
Maintenance Workers • Building
Cleaners • Metal Polishers
• Metalizers • Public Employees •
Clerical Workers • Professional
Employees • Security Guards
• Safety Engineers • Bridge
Painters • Riggers • Tank Painters,
Marine Painters • Containment
Workers • Waterblasters •
Vacuum Cleaners • Sign
Painters • Sign and Display
Workers • Bill Posters • Convention
and Show Decorators and
Builders • Paint Makers •
Glaziers • Architectural Metal
and Glass Workers • Sandblasters
• Lead Abatement Workers •
Floorlaying and Decorative
Coverings Workers • Journeyman
and Apprentice Commercial,
Industrial, Highway, Residential
Construction Workers

ONE AGENDA

United Unions
Building
1750 New York
Avenue, N.W.,
Suite 501
Washington, DC
20006-5301

Organizing Since 1887

<u>SENT BY FACSIMILE #201-262-1923 AND FIRST CLASS MAIL</u>

July 21, 2005

Mr. Brian Troast, President
The Troast Group, Inc.
100 West Century Rd.
Paramus, NJ 07652

Dear Mr. Troast:

The firm of Moore, Renner & Simonin, P.C., Certified Public Accountants, auditors of the Fund, has completed their compliance audit of your company and the results of that audit are detailed in the enclosed audit report covering the period of January 1, 2001 through March 31, 2005.

This letter is to serve as notice from the Board of Trustees that you have ten (10) days to pay the audit deficiency and all other amounts that are due through June 2005. The delinquency of your firm is outlined on the enclosed sheet which includes the audit amounts. **The total amount due this Fund on or before August 1, 2005, by overnight service is $54,608.63.**

Please be advised, should you dispute any of the individuals listed and/or hours recorded in the audit, please submit a statement as to which items on the audit you are disputing to the Fund office within ten (5) days of your receipt of this letter. Any documentation that you may have to support your position should be included.

Please be advised, any requests for a review of the audit will require a down payment of fifty percent (50%) of the assessed amount found due and owing on the audit, plus any current delinquencies owed. Your check of fifty percent (50%) must accompany your written rebuttal and documentation to support your findings. If after our review we find adjustments are warranted, we will refund any overpayment, which may be due.

If you fail to bring your account current on or before August 1, 2005, we have instructed our attorney to file suit immediately. Any questions regarding this matter please contact the Fund office and direct your inquiry to Thomas Montemore, Assistant to the Fund Administrator,

Sincerely yours,

*Gary J. Meyers*

GARY J. MEYERS
Fund Administrator

GJM:TCM:pg
opeiu #2
afl-cio-clc

Enclosures

Cc:   GVP Candelori
      Sanford G. Rosenthal, Esquire – w/enclosures
      LU 1976

