THE TROAST GROUP
100 W. CENTURY ROAD
PARAMUS, NJ 07652
PH: 201-262-7300

LOCAL:     DW1976 & DC711

DATE OF REVIEW:     6/2/05

PERIOD REVIEWED:  01/01/01 – 03/31/05

CONTACT:  MARY ROSENBERGER

ROBERT E. MOORE, CPA

# MOORE, RENNER & SIMONIN, P.C.

CERTIFIED PUBLIC ACCOUNTANTS
3636 NORTH BELT WEST
BELLEVILLE, ILLINOIS 62226

ROBERT E. MOORE, CPA
JEFFERY T. RENNER, CPA*
SCOTT L. SIMONIN, CPA
..........................
PAUL G. VOLLMER, CPA

*ILLINOIS AND MISSOURI

PHONE (618) 233-5049
FAX (618) 233-1061

**Independent Accountant's Report
On Applying Agreed-Upon Procedures**

July 8, 2005

IUPAT & Industry Pension Fund
1750 New York Ave., N.W.
Washington, DC 20006

We have applied certain procedures, as discussed below, to the payroll of **The Troast Group**, a contributing employer to the IUPAT & Industry Pension Fund for the period January 1, 2001 to March 31, 2005. The purpose of our review was to assist you in determining whether contributions to the Trust Funds are being made in accordance with the collective bargaining agreements in effect and with the Trust Agreements of the Funds. The propriety of the contributions is the responsibility of the employer's management. This agreed upon procedures engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

Our procedures generally include a review of the pertinent provision of the collective bargaining agreements and comparing underlying employer payroll records to Fund contribution records. The employer records we review may include payroll journals, individual earnings records, payroll tax returns, contribution reports, job classifications, and general disbursement records. The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Funds. Any compensation paid to employees not disclosed to us or made part of the written record is not determinable by us and is not included in our review.

We were not engaged to, and did not, conduct and examination, the objective of which would be the expression of an opinion on the payroll hours data submitted. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

Exceptions to employer contributions noted are detailed on the accompanying schedule.

This report is intended solely for the use of the specified users listed above and should not be used by those who have not agreed to the procedures or taken responsibility for the sufficiency of the procedures for their purposes.

Very truly yours,

**MOORE, RENNER & SIMONIN, P.C.**

By: *[signature]*

MEMBERS OF AMERICAN INSTITUTE OF CERIFIED PUBLIC ACCOUNTANTS
ILLINOIS AND MISSOURI SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS

THE TROAST GROUP
NOTES TO REPORT

1. Our review was conducted at the employer's office. Available records included payroll earnings records, payroll tax returns and subcontractor information.

2. Amounts paid to the Fund – Review period.                                $48,191.24

   Summary of amounts due the Fund

   |                    | Pension     | LMCI    | JATC      |
   |--------------------|-------------|---------|-----------|
   | Total deficiencies | $31,517.79  | $245.10 | $ 245.10  |
   | Interest           | $ 1,845.27  | $ 14.59 | $   14.59 |

   Cost of review                                                           $1,674.43

   Total                                                                    $35,556.87

3. The deficiencies noted above do not include unpaid hours reported to the Fund. They result primarily from the employment of a non-member painter and the use of a non-signatory subcontractor.

4. Interest in the amount of $1,874.40 has been calculated from the due date of the report where each deficiency was noted through 7/01/05 as follows:

   | Period            | Rate |
   |-------------------|------|
   | 3/01/03 – 9/30/03 | 5%   |
   | 10/1/03 – 3/31/04 | 4%   |
   | 4/01/04 – 6/30/04 | 5%   |
   | 7/01/04 - 9/30/04 | 4%   |
   | 10/1/04 – 3/31/05 | 5%   |
   | 4/01/05 - 07/1/05 | 6%   |

TROAST GROUP
2003 HOURS WORKED DC 711

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | G. Mera | 0 | 0 | 154 | 197 | 160 | 160 | 200 | 176 | 160 | 232 | 211 | 192 | 1842 |
| | TOTAL | 0 | 0 | 154 | 197 | 160 | 160 | 200 | 176 | 160 | 232 | 211 | 192 | 1842 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/02 | 3.60 | 5/03 | 3.90 | $0.00 | $0.00 | $554.40 | $709.20 | $624.00 | $624.00 | $780.00 | $686.40 | $624.00 | $904.80 | $822.90 | $748.80 | $7,078.50 |
| Apprentice | 5/02 | 0.05 | 5/03 | 0.05 | $0.00 | $0.00 | $7.70 | $9.85 | $8.00 | $8.00 | $10.00 | $8.80 | $8.00 | $11.60 | $10.55 | $9.60 | $92.10 |
| Industry Advancement | 5/02 | 0.05 | 5/03 | 0.05 | $0.00 | $0.00 | $7.70 | $9.85 | $8.00 | $8.00 | $10.00 | $8.80 | $8.00 | $11.60 | $10.55 | $9.60 | $92.10 |
| TOTAL | | | | | $0.00 | $0.00 | $569.80 | $728.90 | $640.00 | $640.00 | $800.00 | $704.00 | $640.00 | $928.00 | $844.00 | $768.00 | $7,262.70 |

TOTALS DUE

Due to Pension           $7,078.50
Due to Apprentice           $92.10
Due to Industry Advan.      $92.10

                         $7,262.70

TROAST GROUP
2003 DC 711 WAGES PAID

| SSN | NAME |
|---|---|
| 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 | G. Mera |

| | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3,271.00 | 4,272.00 | 3,434.00 | 3,444.00 | 4,368.00 | 3,864.00 | 3,465.00 | 5,292.00 | 5,008.00 | 4,312.00 | 40,730.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.3 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | 0.00 |
| TOTAL | 0.00 | 0.00 | 3,271.00 | 4,272.00 | 3,434.00 | 3,444.00 | 4,368.00 | 3,864.00 | 3,465.00 | 5,292.00 | 5,008.00 | 4,312.00 | 40,730.00 |

DOLLAR AMOUNTS DUE

| DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/02 | 0.12 | 5/03 | 0.10 | $0.00 | $0.00 | $392.52 | $512.64 | $343.40 | $344.40 | $436.80 | $386.40 | $346.50 | $529.20 | $500.80 | $431.20 | $4,223.86 |
| | | | TOTAL | $0.00 | $0.00 | $392.52 | $512.64 | $343.40 | $344.40 | $436.80 | $386.40 | $346.50 | $529.20 | $500.80 | $431.20 | $4,223.86 |

nuity

TALS DUE

to Annuity   $4,223.86

$4,223.86

TROAST GROUP
2004 HOURS WORKED DC 711

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | G. Mera | 183.00 | 179.00 | 203.00 | 239.00 | 184.00 | 156.00 | 191.00 | 166.00 | 237.00 | 159.00 | 76.00 | 124.00 | 2,097.00 |
| Payments to Subcontractors | | | | | | | | | | | | | | 0.00 |
| 1st Call Ptg LLC | | | | | | 123.00 | | | 209.00 | | | | | 332.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | TOTAL | 183.00 | 179.00 | 203.00 | 239.00 | 307.00 | 156.00 | 191.00 | 375.00 | 237.00 | 159.00 | 76.00 | 124.00 | 2,429.00 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/03 | 3.90 | 5/04 | 4.00 | $713.70 | $698.10 | $791.70 | $932.10 | $1,228.00 | $624.00 | $764.00 | $1,500.00 | $948.00 | $636.00 | $304.00 | $496.00 | $9,635.60 |
| Apprentice | 5/03 | 0.05 | 5/04 | 0.05 | $9.15 | $8.95 | $10.15 | $11.95 | $15.35 | $7.80 | $9.55 | $18.75 | $11.85 | $7.95 | $3.80 | $6.20 | $121.45 |
| Industry Advancement | 5/03 | 0.05 | 5/04 | 0.05 | $9.15 | $8.95 | $10.15 | $11.95 | $15.35 | $7.80 | $9.55 | $18.75 | $11.85 | $7.95 | $3.80 | $6.20 | $121.45 |
| TOTAL | | | | | $732.00 | $716.00 | $812.00 | $956.00 | $1,258.70 | $639.60 | $783.10 | $1,537.50 | $971.70 | $651.90 | $311.60 | $508.40 | $9,878.50 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $9,635.60 |
| Due to Apprentice | $121.45 |
| Due to Industry Advancem | $121.45 |
| | $9,878.50 |

TROAST GROUP
2004 DC 711 WAGES PAID

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | G. Mera | 4,367.00 | 4,252.00 | 4,939.00 | 5,670.00 | 4,312.00 | 3,652.00 | 4,488.00 | 3,806.00 | 5,720.00 | 3,707.00 | 1,826.00 | 2,816.00 | 49,555.00 |
| Payments to Subcontractors | | | | | | | | | | | | | | 0.00 |
| 1st Call Ptg LLC | | | | | | 3,749.00 | | | 6,371.00 | | | | | 10,120.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| TOTAL | | 4,367.00 | 4,252.00 | 4,939.00 | 5,670.00 | 8,061.00 | 3,652.00 | 4,488.00 | 10,177.00 | 5,720.00 | 3,707.00 | 1,826.00 | 2,816.00 | 59,675.00 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annuity | 5/03 | 0.10 | 5/04 | 0.11 | $436.70 | $425.20 | $493.90 | $567.00 | $886.71 | $401.72 | $493.68 | $1,119.47 | $629.20 | $407.77 | $200.86 | $309.76 | $6,371.97 |
| TOTAL | | | | | $436.70 | $425.20 | $493.90 | $567.00 | $886.71 | $401.72 | $493.68 | $1,119.47 | $629.20 | $407.77 | $200.86 | $309.76 | $6,371.97 |

TOTALS DUE

Due to Annuity $6,371.97

$6,371.97

**TROAST GROUP**
**2005 HOURS WORKED DC 711**

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | G. Mera | 154.00 | 162.00 | 194.00 | | | | | | | | | | 510.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| TOTAL | | 154.00 | 162.00 | 194.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 510.00 |

**DOLLAR AMOUNTS DUE**

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/04 | 4.00 | | | $616.00 | $648.00 | $776.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,040.00 |
| Apprentice | 5/04 | 0.05 | | | $7.70 | $8.10 | $9.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.50 |
| Industry Advancement | 5/04 | 0.05 | | | $7.70 | $8.10 | $9.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.50 |
| TOTAL | | | | | $631.40 | $664.20 | $795.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,091.00 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $2,040.00 |
| Due to Apprentice | $25.50 |
| Due to Industry Advancem | $25.50 |
| | $2,091.00 |

TROAST GROUP
2004 LOCAL DW 1976 WAGES PAID

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | A. Muhammad | | | | | | | | | | 2,080.00 | | | 2,080.00 |
| 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 | L. Melborne | | 734.00 | 1,224.00 | | | | | | | | | | 1,958.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| TOTAL | | 0.00 | 734.00 | 1,224.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,080.00 | 0.00 | 0.00 | 4,038.00 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annuity | 5/03 | 0.10 | 5/04 | 0.11 | $0.00 | $73.40 | $122.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $228.80 | $0.00 | $0.00 | $424.60 |
| TOTAL | | | | | $0.00 | $73.40 | $122.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $228.80 | $0.00 | $0.00 | $424.60 |

TOTALS DUE

| | |
|---|---|
| Due to Annuity | $424.60 |
| | $424.60 |

TROAST GROUP
2004 HOURS WORKED LOCAL DW 1976

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | A. Muhammad | | | | | | | | | | 57.00 | | | 57.00 |
| 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 | L. Melborne | | 24.00 | 40.00 | | | | | | | | | | 64.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| | | | | | | | | | | | | | | 0.00 |
| TOTAL | | 0.00 | 24.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.00 | 0.00 | 0.00 | 121.00 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/03 | 3.90 | 5/04 | 4.00 | $0.00 | $93.60 | $156.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $228.00 | $0.00 | $0.00 | $477.60 |
| Apprentice | 5/03 | 0.05 | 5/04 | 0.05 | $0.00 | $1.20 | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.85 | $0.00 | $0.00 | $6.05 |
| Industry Advancement | 5/03 | 0.05 | 5/04 | 0.05 | $0.00 | $1.20 | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.85 | $0.00 | $0.00 | $6.05 |
| TOTAL | | | | | $0.00 | $96.00 | $160.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $233.70 | $0.00 | $0.00 | $489.70 |

TOTALS DUE

| Due to Pension | $477.60 |
| Due to Apprentice | $6.05 |
| Due to Industry Advancem | $6.05 |
| | $489.70 |