

**JENNINGS SIGMOND**
ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Shanna M. Cramer
Direct Dial: (215) 351-0674
E-Mail Address: scramer@jslex.com

Member: PA & NJ Bars

November 28, 2005

**VIA FACSIMILE (973) 733-9292 and REGULAR MAIL**

James N. Lawlor, Esquire
WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center, Ninth Floor
Newark, NJ 07102

RE: **International Painters and Allied Trades Industry Pension Fund v. The Troast Group, Inc.
Case No. 05-01662 (ESH)**

Enclosed please find the Judgment signed by Judge Ellen Segal Huvelle, entering Judgment in the amount of $56,201.57 against The Troast Group, Inc. and in favor of the Pension Fund. If this Judgment is not paid within twenty (20) days of the date of the Order, Plaintiff will have the Judgment registered locally and immediately execute on the Judgment.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

SHANNA M. CRAMER

SMC
ptintf.27194.c
the troast group
Enclosure
cc:     Thomas Montemore

161664-1



**Morton, Cathy T.**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, November 21, 2005 3:27 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:05-cv-01662-ESH INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND v. TROAST GROUP, INC. "Order on Motion for Default Judgment" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from BL, entered on 11/21/2005 at 3:27 PM EDT and filed on 11/21/2005

**Case Name:** INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND v. TROAST GROUP, INC.
**Case Number:** 1:05-cv-1662
**Filer:**
**Document Number:** 10

**Docket Text:**
ORDER granting [9] Motion for Default Judgment . Signed by Judge Ellen S. Huvelle on 11/21/05. (BL)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\pdf files\05-1662 Troast Group Default Order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/21/2005] [FileNumber=948340-0]
[7cc73ab75addbd4a54b0e823d58f6883c33c7282ae1e79c2d912444adf9372d5ce88
974c919492682ee654c08b1fff305554b53d4588f1da34f036d1b7072921]]

**1:05-cv-1662 Notice will be electronically mailed to:**

Sanford G. Rosenthal    usdc-dc@jslex.com,

**1:05-cv-1662 Notice will be delivered by other means to:**

11/21/2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES UNION AND INDUSTRY PENSION FUND, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE TROAST GROUP, INC., )<br><br>Defendant. ) | Civil Action No. 05-1662 (ESH) |

## JUDGMENT

It is hereby **ORDERED** that plaintiff's motion for entry of default judgment is **GRANTED**. Within 20 days of the date of this Order defendant shall pay plaintiff the amount of $56,201.57, pursuant to 29 U.S.C. § 1132(g)(2). It is

**FURTHER ORDERED** that defendant file complete, proper, and timely remittance reports with appropriate pension contributions when obligated to do so under the collective bargaining agreement(s); and it is

**FURTHER ORDERED** that within 15 days of a request by plaintiff or its representative, defendant make its payroll books and related records available to plaintiff to audit the remittance reports for the relevant period; it is

**FURTHER ORDERED** that judgment shall be entered for plaintiff and the complaint dismissed.

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 21, 2005

# Jennings Sigmond, P.C.
The Penn Mutual Towers, 16 th Floor
510 Walnut Street
Independence Square
Philadelphia, Pa 19106-3683

(215) 922-6700
Fax (215) 922-3524

E-Mail: scramer@jslex.com

PLEASE DELIVER THE FOLLOWING PAGES AS SOON AS POSSIBLE TO:

| | | | |
|---|---|---|---|
| DATE: | November 28, 2005 | TIME: | TOTAL PAGES: 25 |
| MATTER: | The Troast Group | BILL FILE NO. | PTINTF |
| | | FILE NO. | 27194 |
| TO: | **James Lawler, Esquire** | FAX: | **(973) 733-9292** |
| FROM: | Shanna M. Cramer | TELEPHONE: | (215) 351-0674 |

*IF YOU DO NOT RECEIVE ALL THE PAGES SENT OR IF YOU HAVE TROUBLE WITH ANY OF THE PAGES, PLEASE CALL Terri AS SOON AS POSSIBLE AT 215-351-0657.*
MESSAGE:

*The information contained in this facsimile message is attorney privileged and confidential information intended only for the individual(s) or entity(ies) named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank You.*

161664-1

```
                    ************************
                    ***    TX REPORT     ***
                    ************************

    TRANSMISSION OK

    TX/RX NO                      3956
    CONNECTION TEL                              919737339292
    SUBADDRESS
    CONNECTION ID                 WOLLMUTH MAHER &
    ST. TIME                      11/28 13:18
    USAGE T                       00'46
    PGS. SENT                     5
    RESULT                        OK
```

# Jennings Sigmond, P.C.

The Penn Mutual Towers, 16 th Floor
510 Walnut Street
Independence Square
Philadelphia, Pa 19106-3683

(215) 922-6700
Fax (215) 922-3524

E-Mail: scramer@jslex.com

PLEASE DELIVER THE FOLLOWING PAGES AS SOON AS POSSIBLE TO:

DATE: November 28, 2005    TIME:    TOTAL PAGES: 25

MATTER: The Troast Group    BILL FILE NO. PTINTF
                            FILE NO. 27194

TO: **James Lawler, Esquire**    FAX: (973) 733-9292

FROM: Shanna M. Cramer    TELEPHONE: (215) 351-0674

*IF YOU DO NOT RECEIVE ALL THE PAGES SENT OR IF YOU HAVE TROUBLE WITH ANY OF THE PAGES, PLEASE CALL Terri AS SOON AS POSSIBLE AT 215-351-0657.*
MESSAGE: