**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE TROAST GROUP, INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 05-1662 (ESH) |

## PLAINTIFF'S MOTION FOR LEAVE TO APPEAR FOR THE INITIAL SCHEDULING CONFERENCE VIA TELECONFERENCE

The Plaintiff, by undersigned counsel, requests that this Court grant Plaintiff leave to appear for the Initial Scheduling Conference, set for February 22, 2006 at 3:15pm, via teleconference. In support of this Motion, Plaintiff states the following:

1. Plaintiff's counsel is located in Philadelphia, PA.

2. It would be very costly for Plaintiff's counsel to travel to Washington, D.C. to participate in the Initial Scheduling Conference.

3. In an effort to conserve time and money, the Plaintiff seeks to conduct the Initial Scheduling Conference via teleconference.

4. Defendant prefers to have all counsel present, and will personally appear for the Initial Scheduling Conference, but otherwise has no objection to the Plaintiff's request to appear via teleconference.

164180-1

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to participate in the Initial Scheduling Conference, set for February 22, 2006 at 3:15pm, via teleconference.

                                                Respectfully submitted,

| | |
|---|---|
| By: /s/Sanford G. Rosenthal | By: /s/Jeffrey L. Karlin |
| Sanford G. Rosenthal (D.C. Bar No. 47873) | Eric L. Yaffe (D.C. Bar No. 439750) |
| JENNINGS SIGMOND, P.C. | Jeffrey L. Karlin (D.C. Bar No. 458465) |
| 510 Walnut Street, Suite 1600 | GRAY PLANT MOOTY |
| Philadelphia, PA 19106 | 2600 Virginia Avenue, N.W. |
| | Suite 1111 |
| ATTORNEY FOR PLAINTIFF | Washington, D.C. 20037 |
| | |
| | ATTORNEYS FOR DEFENDANT |

Dated:____February 3, 2006____

OF COUNSEL:

SHANNA M. CRAMER
JENNINGS SIGMOND, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
Telephone:  (215) 351-0674
Facsimile:  (215) 922-3524

164180-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE TROAST GROUP, INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 05-1662 (ESH) |

## **O R D E R**

This matter comes before the Court on the Plaintiff's uncontested Motion for Leave to Appear for the Initial Scheduling Conference, set for February 22, 2006 at 3:15pm, via teleconference. Upon consideration of the facts set forth in Plaintiff's request, it is hereby

**ORDERED** that Plaintiff may appear for the Initial Scheduling Conference, set for February 22, 2006 at 3:15pm, via teleconference; and it is

**FURTHER ORDERED** that the Parties will arrange the teleconference and advise the Judge's Courtroom Deputy Clerk of the details regarding the teleconference.

BY THE COURT

Date:_____              _____
                                Ellen S. Huvelle,           J.
                                United States District Judge

164180-1