UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES UNION AND INDUSTRY PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 05-1662 (ESH) ) |
| THE TROAST GROUP, INC., | ) ) |
| Defendant. | ) ) |

**ORDER OF REFERRAL**

It is this 15th day of February, 2006, hereby

ORDERED this matter is referred to Magistrate Judge Alan Kay for settlement discussions to begin on or about February 15, 2006 and to be concluded by April 14, 2006.  On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Alan Kay following the case number in the caption.  On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**

                                                     s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge