IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1662 (ESH) |
| v. | )<br>) |
| THE TROAST GROUP, INC. | )<br>) |
| Defendant. | ) |

### PLAINTIFF'S MOTION FOR LEAVE TO APPEAR FOR THE SCHEDULING CONFERENCE VIA TELECONFERENCE

The Plaintiff, by undersigned counsel, requests that this Court grant Plaintiff leave to appear for the Scheduling Conference, set for June 15, 2006 at 10:00am, via teleconference. In support of this Motion, Plaintiff states the following:

1. Plaintiff's counsel is located in Philadelphia, PA.

2. It would be very costly for Plaintiff's counsel to travel to Washington, D.C. to participate in the Scheduling Conference.

3. In an effort to conserve time and money, the Plaintiff seeks to conduct the Scheduling Conference via teleconference.

4. Defendant has no objection to the Plaintiff's request to appear via teleconference.

169076-1

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to participate in the Initial Scheduling Conference, set for June 15, 2006 at 10:00am, via teleconference.

                Respectfully submitted,

By: /s/Sanford G. Rosenthal
    Sanford G. Rosenthal (D.C. Bar No. 47873) JENNINGS SIGMOND, P.C.
    510 Walnut Street, Suite 1600
    Philadelphia, PA 19106

ATTORNEY FOR PLAINTIFF

Dated:   June 13, 2006

OF COUNSEL:

SHANNA M. CRAMER
JENNINGS SIGMOND, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
Telephone: (215) 351-0674
Facsimile: (215) 922-3524

169076-1