**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* and proposed Order were transmitted via first class mail, postage prepaid on the date set forth below to:

Jeffrey L. Karlin, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

Eric L. Yaffe, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

/s Sanford G. Rosenthal
SANFORD G. ROSENTHAL

DATE: June 13, 2006