IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | )CIVIL ACTION NO. 05-1662 (ESH) |
| v. | )<br>) |
| THE TROAST GROUP, INC. | )<br>) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Plaintiff's uncontested Motion for Leave to Appear for the Scheduling Conference, set for June 15, 2006 at 10:00am, via teleconference. Upon consideration of the facts set forth in Plaintiff's request, it is hereby

**ORDERED** that Plaintiff may appear for the Scheduling Conference, set for June 15, 2006 at 10:00am, via teleconference; and it is

**FURTHER ORDERED** that the Parties will arrange the teleconference and advise the Judge's Courtroom Depute Clerk of the details regarding the teleconference.

BY THE COURT

Date:_____

_____
John M. Facciola,          J.
United States Magistrate Judge

169076-1