## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Motion for Summary Judgment by the Court pursuant to Federal Rule of Civil Procedure 56 was served by mailing same first class mail, postage prepaid on the date listed below to:

Jeffrey L. Karlin, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

Eric L. Yaffe, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

The Troast Group, Inc.
100 West Century Rd.
Paramus, NJ  07652

/s    Kent Cprek
KENT CPREK, ESQUIRE

DATED: October 30, 2006

173386-1