IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1662 (ESH) |
| v. | ) ) |
| THE TROAST GROUP, INC. | ) ) |
| Defendant. | ) |

**ORDER OF SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF**

On the Motion of Plaintiff, International Painters and Allied Trades Industry Pension Fund, Summary Judgment, any response thereto, the pleadings and documents filed of record with the Court, IT IS ORDERED:

1.  Judgment is entered in favor of the Fund and against Defendant, The Troast Group, Inc., in the total sum of $91,889.81, including:

    (a) Unpaid contributions for the period March 2003 through September 2006 in the amount of $43,449.84 under 29 U.S.C. §1132(g)(2) and 185(a);

    (b) Interest from the date contributions became due until October 31, 2006, in the amount of $5,912.89;

    (c) Liquidated damages in the amount of $8,689.96, which is twenty percent (20%) of the total amount of contributions ($43,449.84) owed the Fund for the period March 2003 through September 2006;

    (d) Late charges in the amount of $213.12 for the period March 2004 through November 2004;

    (e) Attorneys' fees and costs in the amount of $31,949.57 incurred by Plaintiff through

173386-1

October 30, 2006, as provided in 29 U.S.C. §1132(g)(2)(D); and

 (f) Audit costs in the amount of $1,674.43.

 2. This judgment and its lien shall extend to any additional interest which shall accrue from and after October 31, 2006 in accordance with 29 U.S.C. §1399(c)(6) and 29 C.F.R 4219.32 or other applicable law to the date of actual payment and any additional costs and fees posted after October 30, 2006, or incurred in the prosecution of this matter and in the collection and enforcement of this judgment under 29 U.S.C. §1132(g)(2)(D).

 3. The Clerk of this Court shall certify this Judgment for immediate transfer on the request of Plaintiffs.

Date: _____

            _____
            MAGISTRATE JUDGE JOHN M. FACCIOLA
            United States District Court

Copies to:

KENT CPREK
Bar No. 478231
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615/0674
Attorneys for the Fund

Jeffrey L. Karlin, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

Eric L. Yaffe, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

The Troast Group, Inc.
100 West Century Rd.
Paramus, NJ 07652