BUILDING ON THE STRENGTH OF EXPERIENCE



TROAST
CONSTRUCTION
COMPANY

100 WEST CENTURY ROAD
PARAMUS, NEW JERSEY 07652-1405
PHONE 201.262.7300
FAX 201.262.1923
www.troast.com

August 9, 2005

Mr. Gary J. Meyers
Industry Pension Fund
1750 New York Avenue, N.W.
Suite 501
Washington, DC 20006-5301

RECEIVED

AUG 11 2005

COMB COLLECTIONS

Re:    Your Letter of July 21, 2005

Dear Mr. Meyers:

We are in receipt of your letter of July 21, 2005. The Troast Group takes exception to the audit you have forwarded and we are of the opinion that the funds referred as being owed by Troast Group are grossly overstated and inaccurate.

Reference made to G. Mera and his affiliation to the Painters Union is inaccurate. Mr. Mera is not a member of the union and is not covered by any agreement. Mr. Mera functions as a maintenance man for our main office.

Additionally, any reference to subcontractors and your desire to collect funds from Troast Group for their work is totally unacceptable.

It is quite disturbing that you would spend the money of your union members to engage an auditor on such non-productive activity. Furthermore, your auditor failed to review the records for the painters that have been employed by Troast Group. If they had checked the records, they would have found that Troast owes past dues for a number of members.

Please make arrangements to have your auditor come in to our office so we can develop a more meaningful evaluation of the funds due your organization.

Sincerely,

Douglas K. Troast
CEO

Cc:    Brian D. Troast
       John G. Troast, Jr.

F:\\Stephanie\response to july 21 painters union letter

EXHIBIT
6