IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | )CIVIL ACTION NO. 05-1662 (ESH) |
| v. | )<br>) |
| THE TROAST GROUP, INC. | )<br>) |
| Defendant. | ) |

### DECLARATION OF ROBERT E. MOORE, C.P.A.

ROBERT C. MOORE, C.P.A. declares:

1.  I am employed by Moore, Renner & Simonin, P.C. From time to time, I act as Auditor for the International Painters and Allied Trades Union and Industry Pension Fund ("Pension Fund" or "Fund"). My responsibilities include examination of a contributing employer's documents and financial records to determine whether such employer has a fringe benefit contribution delinquency.

2.  In the normal course of performing an audit, the Fund provides me with a computerized printout of employee hours by month submitted to the Fund by the employer to be audited for the relevant audit period; a listing of the applicable contribution rates applicable to the employer for the relevant audit period; and copies of the applicable collective bargaining agreement.

3.  On June 2, 2005, I completed an audit of the payroll books and related records of The Troast Group, Inc. ("Company") covering the period January 1, 2001 through March 31, 2005. A true and correct copy of this audit is attached hereto as Exhibit 8. The audit revealed a shortage in the amount of $32,007.99, which, according to the Pension Fund, resulted primarily

174476-1

EXHIBIT 7

4. The payroll records were furnished by department and the Company classified which employees were painters.

5. G. Mera, an employee of Company, was classified as a Painter. When I questioned Mary Rosenberger, Company's bookkeeper, regarding G. Mera's classification, I was told that G. Mera was a non-union Painter.

6. For the purpose of the audit, Company also produced records detailing payments to subcontractor painting companies. While most of the companies are signatory to the International Union of Painters and Allied Trades, 1st Call Ptg, LLC is not.

7. I have executed this Declaration in support of Plaintiff's Motion for Summary Judgment against Company and request this Court to consider the same as proof of the allegations contained in the Complaint and other facts stated in this Declaration.

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Executed on: 10/30/06

ROBERT E. MOORE, C.P.A.

174477-1