IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 05-1662 (ESH) |
| v. | ) ) | |
| THE TROAST GROUP, INC. | ) ) ) | |
| Defendant. | ) | |

### JENNINGS SIGMOND ATTORNEYS' FEES – October 2006

| Date | Attorney | Task | Time |
|---|---|---|---|
| 10/02/06 | SMC | Preparation for Depositions. | 0.10 |
| 10/06/06 | SMC | Preparation of Motion for Summary Judgment. Review of documents. | 1.50 |
| 10/10/06 | SMC | Preparation of Correspondence to J Karlin, Esq. Phone Conference with J Karlin, Esq. Preparation of Motion for Summary Judgment. Research. | 1.30 |
| 10/16/06 | SMC | Preparation of Motion for Summary Judgment. | 0.80 |
| 10/19/06 | SMC | Phone Conference with JKarlin, Esq. (x2). Review of documents. | 0.40 |
| 10/25/06 | SMC | Preparation of Motion for Summary Judgment. Preparation of Montemore Declaration. | 2.00 |
| 10/27/06 | SMC | Preparation of Motion for Summary Judgment. Preparation of Statement of Uncontested Facts. Phone Conference with T. Montemore. Phonen Conference with R. Moore. | 1.20 |
| 10/28/06 | SMC | Review and Revision of Motion for Summary Judgment. Review and Revision of Statement of Uncontested Facts Preparation of Exhibits. Preparation of Moore and Cprek Declarations. | |

173386-1


EXHIBIT 10

|  |  |  |  |
|---|---|---|---|
|  |  | Preparation of Correspondence to P. Gilbert. Preparation of Correspondence to R. Moore. | 8.00 |
| 10/29/06 | SMC | Review and Revision of Summary Judgment Motion Review and Revision of Declarations | 4.00 |
| 10/30/06 | SMC | Review and Revision of Summary Judgment Motion Review and Revision of Declarations Review and Preparation of Exhibits | 4.00 |
|  |  | **TOTAL** | **23.30** |

**October Summary**

SMC   23.30 Hrs x $200.00   =   $ 4,660.00

Fees incurred   5/05—9/06 =   $ 25,349.00
Costs incurred  5/05—9/06 =   $  1,940.57
                              $ 27,289.57

**Grand Total:**              $ 31,949.57

174476-1

Report ID: OT2025 - 7944  
Friday, October 27, 2006

**Jennings Sigmond, P.C.**  
**Time And Expense Details**

Printed By: MHT  
Page: 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27194 | The Troast Group, Inc. | Sigmond, Richard B. |

Beginning To End

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/8/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Affidavit of Service |
| 9/12/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with Attorney J. Lawler<br>Review of Documents |
| 9/13/2005 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Review of Correspondence from Attorney J. Lawlor<br>Phone Conference with Errands regarding Affidavit of Service |
| 9/15/2005 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Review of Amended Affidavit of Service of Complaint |
| 9/28/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from Attorney J. Lawler |
| 9/29/2005 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | | Review of Correspondence from Attorney J. Lawler (2x)<br>Preparation of Letter to Attorney J. Lawler<br>Review and Revision of Stipulation to Extend Time |
| 10/4/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Order |
| 10/11/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from Attorney J. Lawler (2x)<br>Preparation of Letter to Attorney J. Lawler |
| 10/17/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with Attorney J. Lawler<br>Review of Correspondence from Attorney J. Lawler |
| 10/18/2005 | SMC | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Defendants' Answer<br>Review of Documents |
| 10/19/2005 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | | Preparation of Letter to Attorney J. Lawler<br>Review of Answer<br>Review of Documents |
| 10/20/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Disclosure |
| 10/21/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Court Documents<br>Phone Conference with Attorney J. Lawler |
| 10/25/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Court Order |
| 10/25/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Default Entry |
| 10/26/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Default Entry |
| 11/5/2005 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | | Preparation of Default Motion<br>Preparation of Affidavits |
| 11/8/2005 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | | Review and Revision of Motion for Default Judgment<br>Preparation of Letter to T. Montemore<br>Calculation of Attorneys' Fees and Costs |
| 11/21/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Memorandum and Opinion |
| 11/22/2005 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Order and Opinion<br>Memo to File |
| 11/22/2005 | SMC | 2.00 | 2.00 | 200.00 | $400.00 | | | Review of Court ORder<br>Review of Memorandum and Opinion<br>Preparation of Letter to T. Montemore and P. Gilbert<br>Preparation of Letter to Attorney J. Lawler<br>Review of Correspondence from T. Montemore |

Report ID: OT2025 - 7944
Friday, October 27, 2006

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Beginning To End

Printed By   MHT
Page   2

## Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 12/7/2005 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | | Phone Conference with Attorney J. Karlin; Review of Documents |
| 12/7/2005 | SGR | 0.30 | 0.30 | 200.00 | $60.00 | | | Office Conference with Attorney S. Cramer; Review of Documents |
| 12/8/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Phone Conference with Attorney J. Karlin |
| 12/12/2005 | SMC | 3.00 | 3.00 | 200.00 | $600.00 | | | Review of Entry of Appearance, Motion to Vacate Judgment and Motion to Re-Open Case; Legal Research |
| 12/12/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Notice |
| 12/12/2005 | SGR | 0.60 | 0.60 | 200.00 | $120.00 | | | Review of Defendant's Motion to Vacate Default; Office Conference with Attorney S. Cramer regarding Response |
| 12/13/2005 | SMC | 5.50 | 5.50 | 200.00 | $1,100.00 | | | Phone Conference with Attorney J. Karlin; Preparation of letter to Attorney J. Karlin; Legal Research; Preparation of Response to Motion to Vacate Judgment and Re-Open Case; Phone Conference with T. Montemore; Preparation of Letter to Attorney J. Karlin; Preparation of Letter to B. Moore; Phone Conference with B. Moore |
| 12/13/2005 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Office Conference with Attorney S. Cramer regarding Response to Motion to Vacate |
| 12/14/2005 | SMC | 6.00 | 6.00 | 0.00 | $0.00 | | | Legal Research; Preparation of Response to Motion to Vacate/Re-Open |
| 12/14/2005 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Legal Research |
| 12/15/2005 | SGR | 0.80 | 0.80 | 200.00 | $160.00 | | | Office Conference with Attorney S. Cramer regarding Response to Motion to Vacate |
| 12/15/2005 | SMC | 6.60 | 0.00 | 0.00 | $0.00 | | | Legal Research; Preparation of Response to Defendant's Motion |
| 12/16/2005 | SMC | 7.90 | 7.90 | 200.00 | $1,580.00 | | | Preparation of Letter to B. Moore, CPA; Review of Correspondence from B. Moore; Preparation of Response to Defendant's Motion to Vacate; Preparation of Cramer Declaration; Preparation of Montemore Declaration |
| 12/18/2005 | SMC | 4.00 | 0.00 | 0.00 | $0.00 | | | Preparation of Response to Defendants' Motion to Vacate Research |
| 12/19/2005 | SMC | 8.00 | 8.00 | 200.00 | $1,600.00 | | | Preparation of Letter to B. Moore; Preparation of Letter to T. Montemore; Preparation of Response to Motion to Vacate |
| 12/20/2005 | SMC | 4.00 | 4.00 | 200.00 | $800.00 | | | Review of Correspondence from T. Montemore; Preparation of Response to Motion to Vacate |
| 12/20/2005 | SGR | 1.50 | 1.50 | 200.00 | $300.00 | | | Review and Revision of Brief in Response to Motion to Vacate |
| 12/21/2005 | SMC | 9.30 | 0.00 | 0.00 | $0.00 | | | Review and Revision of Response to Motion to Vacate |
| 12/22/2005 | SMC | 8.00 | 8.00 | 200.00 | $1,600.00 | | | Review and Revision of Response to Motion to Vacate; Legal Research |
| 12/29/2005 | SMC | 0.50 | 0.50 | 200.00 | $100.00 | | | Review of Reply to Response |
| 12/29/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Motion Reply |

Jennings Sigmond, P.C.
Time And Expense Details

Report ID:   OT2025 - 7944
Friday, October 27, 2006

Beginning To End

Printed By   MHT
Page           3

## Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 12/31/2005 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Reply Brief |
| 1/3/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Office Conference with Attorney S. Cramer |
| 1/3/2006 | SMC | 2.50 | 2.50 | 200.00 | $500.00 | | | Legal Research; Preparation of Surreply to Defendant's Reply (Motion to Vacate Default Judgment) |
| 1/4/2006 | SMC | 3.00 | 3.00 | 200.00 | $600.00 | | | Preparation of Motion for Leave to file Sur-Reply; Legal Research; Review of Documents; Preparation of Sur-Reply |
| 1/5/2006 | SMC | 0.50 | 0.50 | 200.00 | $100.00 | | | Phone Conference with Attorney J. Karlin; Review of Documents; Preparation of Letter to Attorney J. Karlin; Calculate Attorneys' Fees and Costs |
| 1/10/2006 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | | Preparation of Letter to Attorney J. Karlin; Calculation of Attorneys' Fees and Cost; Preparation of Exhibit |
| 1/24/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | | Update Litigation Status Report |
| 1/26/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from Attorney J. Karlin |
| 1/30/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from T. Montemore; Preparation of Letter to T. Montemore; Phone Conference with T. Montemore |
| 1/30/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Update Litigation Tracking Report |
| 2/1/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Order |
| 2/1/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Order Vacating Default; Office Conference with Attorney S. Cramer |
| 2/2/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Attorney J. Karlin (3x); Review of Documents |
| 2/3/2006 | SMC | 1.00 | 1.00 | 200.00 | $200.00 | | | Preparation of Motion for Pro Hac Vice; Preparation of Motion Requesting to Conduct Conference Via Telephone; Review of Correspondence from the Court |
| 2/3/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Office Conference with Attorney S. Cramer |
| 2/3/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of ECF Pro-Hac Procedures |
| 2/6/2006 | SMC | 1.40 | 1.40 | 200.00 | $280.00 | | | Preparation of Letter to P. Gilbert and P. Burris; Preparation of Joint Statement for Scheduling Conference |
| 2/7/2006 | SMC | 2.00 | 2.00 | 200.00 | $400.00 | | | Review of Correspondence from Court; Review and Revision of Joint Statement |
| 2/7/2006 | SMC | 1.00 | 1.00 | 200.00 | $200.00 | | | Review and Revision of Joint Statement |
| 2/8/2006 | SMC | 0.90 | 0.90 | 200.00 | $180.00 | | | Review and Revision of Joint Statement; Prepare for Meet and Confer with Attorney J. Karlin; Phone Conference with Attorney J. Karlin |
| 2/8/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | | Attendance at Meet and Confer Conference by Conference Call |
| 2/9/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review and Revision of Joint Statement; Review of Correspondence from Attorney J. Karlin |

Report ID: OT2025 - 7944
Friday, October 27, 2006

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Beginning To End

Printed By MHT
Page 4

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 2/14/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review and Revision of Joint Statement<br>Phone Conference with B. Lewis from Judge Huvelle's Chambers<br>Phone Conference with Attorney J. Karlin (2x) |
| 2/14/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with Attorney J. Karlin<br>Phone Conference with T. Montemore |
| 2/15/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with B. Lewis (District Court) |
| 2/15/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Court (2x) |
| 2/15/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Order |
| 2/23/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Notice |
| 2/23/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Court Order |
| 3/1/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Order |
| 3/1/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | Review of Electronic Court Documents regarding Order |
| 3/1/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Settlement Conference Order<br>Phone Conference with District Court (2x)<br>Phone Conference with Company Counsel |
| 3/1/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Order from the Court |
| 3/6/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Court |
| 3/15/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with Judge Huvelle's Deputy Clerk and Attorney J. Karlin<br>Review of Documents |
| 3/15/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with Court regarding Scheduling Issue |
| 3/21/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to Attorney J. Karlin<br>Phone Conference with J. Karlin |
| 3/22/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney J. Karlin |
| 3/24/2006 | SMC | 0.60 | 0.60 | 200.00 | $120.00 | | Phone Conference with Attorney J. Karlin<br>Preparation of Letter to Attorney J. Karlin |
| 3/24/2006 | SGR | 0.70 | 0.70 | 200.00 | $140.00 | | Office Conference with Attorney S. Cramer<br>Phone Conference with Company Counsel<br>Phone Conference with T. Montemore (2x) |
| 3/27/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from T. Montemore<br>Letter to T. Montemore |
| 3/27/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Court Order |
| 3/27/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | Review of Electronic Court Documents regarding Order |
| 4/7/2006 | SGR | 0.50 | 0.50 | 200.00 | $100.00 | | Review of Correspondence from Company Counsel<br>Review of Documents regarding Audit Issues<br>Letter to T. Montemore |
| 4/10/2006 | SGR | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with Attorney J. Karlin regarding Conferences and Settlement Issues |
| 4/11/2006 | SGR | 0.60 | 0.60 | 200.00 | $120.00 | | Phone Conference with Attorney J. Karlin<br>Phone Conference with T. Montemore<br>Office Conference with Attorney S. Cramer |
| 4/11/2006 | SMC | 0.80 | 0.80 | 200.00 | $160.00 | | Phone Conference with Attorney J. Karlin<br>Review of Correspondence from Attorney J. Karlin<br>Review of Documents<br>Phone Conference with Judge Huvelle's Chambers |

Report ID:   OT2025 - 7944
Friday, October 27, 2006

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Beginning To End

Printed By   MHT
Page   5

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 4/12/2006 | SMC | 3.40 | 3.40 | 200.00 | $680.00 | | Prepare for Teleconference with Judge Huvelle; Review of Documents; Preparation of Correspondence to P. Gilbert; Review of Correspondence from P. Gilbert |
| 4/13/2006 | SMC | 1.20 | 1.20 | 200.00 | $240.00 | | Teleconference with Judge Huvelle; Review of Correspondence from T. Montemore; Preparation of Correspondence from T. Montemore; Memo to File |
| 4/13/2006 | SGR | 0.50 | 0.50 | 200.00 | $100.00 | | Review of Documents and Preparation for Scheduling Conferernce; Attendance at Scheduling Conferernce (by Conference) |
| 4/18/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Court Order; Memo to File |
| 4/21/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with Judge Huvelle's Chambers; Phone Conference with Attorney J. Karlin |
| 4/25/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Court Order |
| 4/25/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Notice |
| 4/28/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Office Conference with Attorney S. Cramer |
| 5/1/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Notice |
| 5/1/2006 | SGR | 2.00 | 2.00 | 200.00 | $400.00 | | Review of Documents; Phone Conference with T. Montemore |
| 5/1/2006 | SMC | 2.00 | 2.00 | 200.00 | $400.00 | | Phone Conference with Attorney J. Karlin; Review of Correspondence from Attorney J. Karlin; Phone Conference with T. Montemore; Preparation of Correspondence to T. Montemore; Phone Conference with V. McGlone; Review of Correspondence from V. McGlone; Prepare for Settlement Conference |
| 5/2/2006 | SMC | 9.50 | 9.50 | 200.00 | $1,900.00 | | Preparation for Settlement Conference; Attendance at Settlement Conference |
| 5/2/2006 | SGR | 1.20 | 1.20 | 200.00 | $240.00 | | Phone Conference with T. Montemore (2x); Phone Conference with R. Moore; Review of Documents; Office Conference with Attorney S. Cramer regarding Settlement Issues; Preparation of Disclaimer Affidavit |
| 5/8/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence to Judge Facciola |
| 5/9/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from T. Montemore; Preparation of Correspondence to Attorney J. Karlin |
| 5/12/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with Attorney J. Karlin; Phone Conference with T. Montemore |
| 5/12/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Conference with Attorney S. Cramer |
| 5/15/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with T. Montemore; Preparation of Correspondence to Attorney J. Karlin; Review of Correspondence from Attorney J. Karlin |
| 5/16/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney J. Karlin; Preparation of Correspondence to T. Montemore |

Report ID: OT2025 - 7944
Friday, October 27, 2006

**Jennings Sigmond, P.C.**
**Time And Expense Details**

Beginning To End

Printed By MHT
Page 6

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 5/17/2006 | SMC | 4.00 | 4.00 | 200.00 | $800.00 | | Preparation of Settlement Documents<br>Review of Documents from T. Montemore<br>Preparation of Correspondence to T. Montemore |
| 5/18/2006 | SMC | 3.00 | 3.00 | 200.00 | $600.00 | | Review of Correspondence from Attorney J. Karlin<br>Phone Conference with Attorney J. Karlin<br>Review and Revision of Settlement Agreement |
| 5/22/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence from J. Karlin |
| 5/23/2006 | SMC | 1.30 | 1.30 | 200.00 | $260.00 | | Review and Revision of Settlement Agreement<br>Review of Correspondence from Attorney J. Karlin<br>Preparation of Correspondence from T. Montemore |
| 5/24/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from T. Montemore<br>Phone Conference with T. Montemore |
| 5/26/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | Conference with Attorney S. Cramer regarding Settlement Issues |
| 6/5/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence to Attorney J. Karlin |
| 6/6/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Conference with Attorney S. Cramer |
| 6/9/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with Attorney J. Karlin<br>Preparation of Correspondence to Attorney J. Karlin |
| 6/13/2006 | SMC | 0.50 | 0.50 | 200.00 | $100.00 | | Preparation of Motion for Leave to Appear Via Teleconference |
| 6/14/2006 | SMC | 1.10 | 1.10 | 200.00 | $220.00 | | Prepare for Scheduling Conference<br>Phone Conference with Judge Facciola's Chambers<br>Review of Court Order |
| 6/14/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Order |
| 6/15/2006 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | Preparation for Scheduling Conference<br>Appearance for Scheduling Conference |
| 6/16/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence to T. Montemore |
| 6/21/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from Attorney J. Karlin<br>Preparation of Correspondence to Attorney J. Karlin |
| 6/22/2006 | SMC | 1.00 | 1.00 | 200.00 | $200.00 | | Preparation for Scheduling Conference<br>Appearance for Scheduling Conference |
| 6/22/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Order |
| 6/26/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with T. Montemore |
| 6/27/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Memo to Client regarding Status of Litigation |
| 8/21/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence to P. Gilbert |
| 8/22/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from P. Gilbert<br>Phone Conference with T. Montemore |
| 8/23/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from P. Gilbert<br>Preparation of Correspondence to P. Gilbert |
| 8/27/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney J. Karlin |
| 8/28/2006 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | Preparation of Discovery Requests |
| 9/8/2006 | SMC | 0.80 | 0.80 | 200.00 | $160.00 | | Preparation of Discovery Requests |
| 9/14/2006 | SMC | 4.00 | 4.00 | 200.00 | $800.00 | | Preparation of Request for Admissions |

Report ID: OT2025 - 7944  
Friday, October 27, 2006

# Jennings Sigmond, P.C.
## Time And Expense Details
Beginning To End

Printed By MHT  
Page 7

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 9/15/2006 | SMC | 4.00 | 4.00 | 200.00 | $800.00 | | Review and Revision of Discovery Requests<br>Preparation of Deposition Notices<br>Preparation of Correspondence to Attorney J. Karlin |

### Billed Time Totals

| | | 148.50 | 122.60 | | $24,052.00 | | |

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/1/2005 | $10.00 | CRBI | Computer Research - Business Information |
| 9/1/2005 | $69.63 | CRDB | Computer Research - Dun & Bradstreet |
| 9/1/2005 | $69.63 | CRDB | Computer Research - Dun & Bradstreet |
| 11/28/2005 | $1.50 | FAX | Fax Charges |
| 12/22/2005 | $1.96 | COPY | Photocopies |
| 12/22/2005 | $13.86 | COPY | Photocopies |
| 12/28/2005 | $4.55 | COPY | Photocopies |
| 1/1/2006 | $1,223.82 | CRWL | Computer Research - Westlaw |
| 1/10/2006 | $1.50 | FAX | Fax Charges |
| 1/14/2006 | $12.96 | SD | Special Delivery |
| 2/1/2006 | $24.24 | CRDB | Computer Research - Dun & Bradstreet |
| 2/3/2006 | $1.74 | PO | Postage Charges |
| 2/3/2006 | $3.57 | COPY | Photocopies |
| 4/12/2006 | $1.40 | COPY | Photocopies |
| 4/21/2006 | $1.50 | FAX | Fax Charges |
| 5/1/2006 | $222.00 | 7100 | Travel to and from Settlement Conference 5/2/06 |
| 9/15/2006 | $9.66 | COPY | Photocopies |
| 9/15/2006 | $3.75 | FAX | Fax Charges |

### Billed Expenses Totals

$1,677.27

### Report Totals

| Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|
| 148.50 | 122.60 | $24,052.00 | $1,677.27 | $25,729.27 |

*** End Of Report ***

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number PTINTF-27194-001 RBS
                         Bill date    06/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


The Troast Group, Inc.   (27194)

FOR PROFESSIONAL SERVICES RENDERED

```
05/23/05  SGR   Review of Correspondence from Fund regarding New
                Delinquency Case
                Review of Documents
                Preparation of Litigation Intake Memo
                                         .40 hrs  200  /hr      80.00
05/26/05  SGR   Review of Correspondence from P. Gilbert
                                         .10 hrs  200  /hr      20.00
                                                              ----------
                TOTAL FEES                              $        100.00
```

DISBURSEMENTS

```
                                                              ----------
                TOTAL DISBURSEMENTS                     $           .00
```

BILLING SUMMARY

```
                TOTAL FEES                              $        100.00
                                                              ----------
                TOTAL CHARGES FOR THIS BILL             $        100.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                        Bill number  PTINTF-27194-002 RBS
                           Bill date   07/11/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


The Troast Group, Inc.   (27194)

FOR PROFESSIONAL SERVICES RENDERED

```
06/01/05  SGR   Review of Correspondence from Fund
                                        .10 hrs   200  /hr        20.00
06/21/05  SGR   Memo to File regarding Case Status
                Letter to P. Gilbert
                                        .30 hrs   200  /hr        60.00
06/22/05  SGR   Review of Correspondence from P. Gilbert
                                        .10 hrs   200  /hr        20.00
                                                             -----------
                TOTAL FEES                              $         100.00

DISBURSEMENTS
                                                             -----------
                TOTAL DISBURSEMENTS                     $             .00

BILLING SUMMARY

                TOTAL FEES                              $         100.00
                                                             -----------
                TOTAL CHARGES FOR THIS BILL             $         100.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  PTINTF-27194-003 RBS
                         Bill date    08/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


The Troast Group, Inc.   (27194)

FOR PROFESSIONAL SERVICES RENDERED

```
07/20/05  SGR   Phone Conference with P. Gilbert
                                       .30 hrs   200  /hr        60.00
07/25/05  SGR   Review of Correspondence from Fund regarding
                Audit
                Review of Delinquency Summary
                Review of Audit
                                       .30 hrs   200  /hr        60.00
07/27/05  SGR   Review of Correspondence from Fund
                                       .10 hrs   200  /hr        20.00
                                                              -----------
                TOTAL FEES                                $       140.00
```

DISBURSEMENTS

```
                                                              -----------
                TOTAL DISBURSEMENTS                       $          .00
```

BILLING SUMMARY

```
                TOTAL FEES                                $       140.00
                                                              -----------
                TOTAL CHARGES FOR THIS BILL               $       140.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                       Bill number PTINTF-27194-004 RBS
                       Bill date    09/12/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


The Troast Group, Inc.  (27194)

FOR PROFESSIONAL SERVICES RENDERED

```
08/01/05 SGR  Review of Correspondence from T. Montemore
                                    .10 hrs  200  /hr      20.00
08/11/05 SGR  Review of Correspondence from V. McGlone
              regarding Company Response to Audit
                                    .20 hrs  200  /hr      40.00
08/11/05 SGR  Phone Conference with T. Montemore
              Phone Conference with V. McGlone
              Letter to V. McGlone
              Memo to File regarding Litigation
              Office Conference with Attorney S. Cramer
              Review of Documents
                                    .90 hrs  200  /hr     180.00
08/11/05 SMC  Review of File
              Conference with Attorney S. Rosenthal
              Legal Research
                                   1.50 hrs  200  /hr     300.00
08/12/05 SMC  Preparation of Complaint
                                   1.50 hrs  200  /hr     300.00
08/18/05 CTM  Computer Research Business Status Report of
              Troast Group and John Troast Construction
                                   1.10 hrs   70  /hr      77.00
08/18/05 SMC  Review of NJ Secretary of State Information
                                    .20 hrs  200  /hr      40.00
                                                       -----------
              TOTAL FEES                            $     957.00
```

DISBURSEMENTS

```
08/11/05 7100 Filing Fee - Complaint                      250.00
08/31/05 COPY Photocopies                                  13.30
                                                       -----------
              TOTAL DISBURSEMENTS                   $     263.30
```

BILLING SUMMARY

```
              TOTAL FEES                            $     957.00
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27194-004 RBS                                              Page      2


              TOTAL DISBURSEMENTS                         $        263.30
                                                                ----------
              TOTAL CHARGES FOR THIS BILL                 $      1,220.30
```

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27194-ALL RBS                                                Page    1


              REPORT TOTALS

         TOTAL FEES                                              1,297.00

         TOTAL DISBURSEMENTS                                       263.30
                                                                -----------
                                                                 1,560.30
```