# CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Statement of Material Facts As To Which There Is No Genuine Issue In Support Of Plaintiff's Motion For Summary Judgment was served by mailing same first class mail, postage prepaid on the date listed below to:

Jeffrey L. Karlin, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

Eric L. Yaffe, Esquire
Gray, Plant, Mooty, Mooty & Bennett, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, D.C. 20037

The Troast Group, Inc.
100 West Century Rd.
Paramus, NJ 07652


/s   Kent Cprek
KENT CPREK, ESQUIRE


DATED: October 30, 2006

173386.1                                              8