IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br>)<br>)<br>    Plaintiff,   )<br>)<br>vs.   )  Civil Action No.  1:05cv01662-JMF<br>)<br>THE TROAST GROUP, INC.   )<br>)<br>    Defendant.   ) | |

**COUNSEL FOR DEFENDANT'S MOTION FOR WITHDRAWAL OF APPEARANCE
UNDER LOCAL RULE 83.6(c)**

The law firm of Gary, Plant, Mooty, Mooty & Bennett, P.A. ("Gray Plant Mooty") hereby moves, pursuant to Local Rule 83.6(c), allowing it to withdraw as counsel for defendant The Troast Group, Inc. ("Troast") in the above-captioned matter.

Local Rule 83.6(c) allows counsel of record to withdraw "by a motion before made before the Court, for good cause shown." Good cause for the withdrawal of counsel exists because Defendant has failed to pay for the legal services provided by Gray Plant Mooty relating to this litigation and neither party to this action will be unduly prejudiced by Gray Plant Mooty's withdrawal. This motion is based upon the attached memorandum of law and upon all of the files, records and proceedings herein.

Pursuant to Rule 83.6(c), Gray Plant Mooty has served upon The Troast Group, Inc. a copy of this Motion and a notice that the party should retain other counsel to appear on its behalf in this action, or if the party intends to conduct the case *pro se*[1] or file an objection to the withdrawal, it must notify the Clerk of the United States District Court for the District of

---

[1] Although there is an open question about whether Troast, as a corporate defendant, can represent itself *pro se* in this action, Gray Plant Mooty's notice to Troast of this motion included this information because Local Rule 83.6(c) required it.

Columbia in writing within five (5) days of the service of the Motion for Withdrawal of Appearance.

    A proposed Order is enclosed.

                                      Respectfully submitted,

                                      /s/ Jeffrey L. Karlin
                                    Eric L. Yaffe (DC Bar No. 439750)
                                        Eric.Yaffe@gpmlaw.com
                                    Jeffrey L. Karlin (DC Bar No. 458465)
                                        Jeffrey.Karlin@gpmlaw.com
                                    GRAY, PLANT, MOOTY,
                                       MOOTY & BENNETT, P.A.
                                    2600 Virginia Avenue, N.W.,
                                    Suite 1111
                                    Washington, D.C. 20037
                                    Telephone:    (202) 295-2207
                                    Facsimile:     (202) 295-2257

Date: November 2, 2006                    Attorneys for Defendant The Troast Group, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of November, 2006, a copy of the foregoing Counsel for Defendant's Motion for Withdrawal of Appearance Under Local Rule 83.6(c) was sent by facsimile and first-class mail, postage prepaid, to the following:

The Troast Group, Inc.
100 West Century Road
Paramus, NJ 07652
Telephone:  (201) 252-7300
Facsimile:  (201) 262-1923
Defendant

Sanford G. Rosenthal, Esq.
  srosenthal@jslex.com
Shanna Cramer, Esq.
  scramer@jslex.com
JENNINGS SIGMOND
510 Walnut Street
Philadelphia, PA 19108
Telephone:  (215) 351-0611
Facsimile:  (215) 922-3524
Attorneys for Plaintiff International Painters and Allied
Trades Industry Pension Fund

                            /s/ Jeffrey L. Karlin