IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND          )<br>)<br>)<br>      Plaintiff,          )<br>)<br>vs.          )  Civil Action No.  1:05Ccv01662-JMF<br>)<br>THE TROAST GROUP, INC.          )<br>)<br>      Defendant.          )  | |

## ORDER

**UPON CONSIDERATION** of Counsel for Defendant Motion for Withdrawal of Appearance Under Local Rule 83.6(c), any response thereto by Plaintiff or Defendant The Troast Group, Inc., and the record herein, it is by the Court on this _____ day of _____, 2006, hereby

**ORDERED**, that Counsel for Defendant Motion for Withdrawal of Appearance Under Local Rule 83.6(c) is hereby GRANTED, and it is further

**ORDERED**, the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A. is hereafter no longer counsel of record for Defendant The Troast Group, Inc. in the above-entitled action.

_____
John M. Facciola
United States Magistrate Judge

cc:      All Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2006, a copy of the foregoing Proposed Order Granting Counsel for Defendant's Motion for Withdrawal of Appearance Under Local Rule 83.6(c) was sent by facsimile and first-class mail, postage prepaid, to the following:

The Troast Group, Inc.
100 West Century Road
Paramus, NJ 07652
Telephone:　(201) 252-7300
Facsimile:　(201) 262-1923
Defendant

Sanford G. Rosenthal, Esq.
　srosenthal@jslex.com
Shanna Cramer, Esq.
　scramer@jslex.com
JENNINGS SIGMOND
510 Walnut Street
Philadelphia, PA 19108
Telephone:　(215) 351-0611
Facsimile:　(215) 922-3524
Attorneys for Plaintiff International Painters and Allied Trades Industry Pension Fund

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey L. Karlin_____