IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE TROAST GROUP, INC. ) <br> ) <br> Defendant. ) | Civil Action No. <br> 1:05Ccv01662-JMF |

**NOTICE TO DEFENDANT THE TROAST GROUP, INC.
OF COUNSEL FOR DEFENDANT'S MOTION FOR
WITHDRAWAL OF APPEARANCE UNDER LOCAL RULE 83.6(c)**

PLEASE TAKE NOTICE that the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., is hereby serving upon Defendant The Troast Group, Inc. ("Troast") in the above-captioned action, a copy of Counsel for Defendant's Motion for Withdrawal of Appearance under Local Rule 83.6(c) and a Memorandum in Support of Counsel for Defendant's Motion for Withdrawal of Appearance Under Local Rule 83.6(c). Upon information and belief, the following is Troast's last known address:

> The Troast Group
> c/o Douglas Troast, President
> The Troast Group
> 100 West Century Road
> Paramus, NJ  07652
> (201) 262-7300

PLEASE TAKE FURTHER NOTICE that Troast should retain other counsel to appear on its behalf in this action. If you intend to conduct the case *pro se* or file an objection to the withdrawal, you must notify the Clerk of the United States District Court for the District of

Columbia in writing within five (5) days of the service of the Motion for Withdrawal of Appearance.

                                              Respectfully submitted,

                                              /s/ Jeffrey L. Karlin
                                              Eric L. Yaffe (DC Bar No. 439750)
                                                Eric.Yaffe@gpmlaw.com
                                              Jeffrey L. Karlin (DC Bar No. 458465)
                                                Jeffrey.Karlin@gpmlaw.com
                                             GRAY, PLANT, MOOTY,
                                                MOOTY & BENNETT, P.A.
                                             2600 Virginia Avenue, N.W.,
                                             Suite 1111
                                             Washington, D.C.  20037
                                             Telephone:	(202) 295-2207
                                             Facsimile:	(202) 295-2257

Date:  November 2, 2006                  Attorneys for Defendant The Troast Group, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of November, 2006, a copy of the foregoing Notice to Defendant The Troast Group, Inc. of Counsel for Defendant's Motion for Withdrawal of Appearance Under Local Rule 83.6(c) was sent by facsimile and first-class mail, postage prepaid, to the following:

The Troast Group, Inc.
100 West Century Road
Paramus, NJ 07652
Telephone:    (201) 252-7300
Facsimile:    (201) 262-1923
Defendant

Sanford G. Rosenthal, Esq.
  srosenthal@jslex.com
Shanna Cramer, Esq.
  scramer@jslex.com
JENNINGS SIGMOND
510 Walnut Street
Philadelphia, PA 19108
Telephone:    (215) 351-0611
Facsimile:    (215) 922-3524
Attorneys for Plaintiff International Painters and Allied
Trades Industry Pension Fund

                              /s/ Jeffrey L. Karlin