IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>    Plaintiff,<br><br>vs.<br><br>THE TROAST GROUP, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05cv01662-JMF<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant The Troast Group, Inc. ("Troast"), by and through its counsel, hereby moves for an extension of the November 13, 2006 deadline to file an opposition to Plaintiff International Painters and Allied Trades Industry Pension Fund's (the "Fund") Motion for Summary Judgment in the above-captioned action until December 4, 2006. In support of its Motion, which is not opposed by the Fund, Troast states as follows:

1. That on October 30, 2006, the Fund filed a Motion for Summary Judgment which, if granted, would be dispositive of all of the claims against Troast in this action.

2. That on November 2, 2006, the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., filed a Motion to Withdrawal of Appearance in this action under Local Rule 83.6(b).

3. That as of the date of this Motion, Troast has not filed an opposition to the Motion for Withdrawal or in any other way responded to the Motion.

4. That, under this Court's Order of June 22, 2006, the deadline for filing a response to the Fund's Motion for Summary Judgment is November 13, 2006.

5. That an extension of this deadline for three weeks, until December 4, 2006, will allow the Court time to consider and rule on the Motion for Withdrawal and, if granted, allow Troast adequate time to obtain new counsel and/or weigh its options with respect to responding to the Fund's Motion for Summary Judgment.

6. That on November 9, 2006, counsel for Troast, Jeffrey L. Karlin, spoke to counsel for the Fund, Shanna Cramer, who stated that the Fund did not oppose a three-week extension of the deadline for responding to its Motion for Summary Judgment.

WHEREFORE, Troast respectfully requests that the Court allow Troast until and including December 4, 2006 to file a response to the Fund's Motion for Summary Judgment.

A proposed Order is enclosed.

        Respectfully submitted,

        /s/ Jeffrey L. Karlin
        Eric L. Yaffe (DC Bar No. 439750)
         Eric.Yaffe@gpmlaw.com
        Jeffrey L. Karlin (DC Bar No. 458465)
         Jeffrey.Karlin@gpmlaw.com
        GRAY, PLANT, MOOTY,
         MOOTY & BENNETT, P.A.
        2600 Virginia Avenue, N.W.,
        Suite 1111
        Washington, D.C. 20037
        Telephone:  (202) 295-2207
        Facsimile:   (202) 295-2257

Date: November 10, 2006        Attorneys for Defendant The Troast Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2006, a copy of the foregoing Defendant's Unopposed Motion for an Extension of Time to File an Opposition to Plaintiff's Motion for Summary Judgment was sent by facsimile and first-class mail, postage prepaid, to the following:

The Troast Group, Inc.
100 West Century Road
Paramus, NJ 07652
Telephone:    (201) 252-7300
Facsimile:    (201) 262-1923
Defendant

Sanford G. Rosenthal, Esq.
  srosenthal@jslex.com
Shanna Cramer, Esq.
  scramer@jslex.com
JENNINGS SIGMOND
510 Walnut Street
Philadelphia, PA 19108
Telephone:    (215) 351-0611
Facsimile:    (215) 922-3524
Attorneys for Plaintiff International Painters and Allied Trades Industry Pension Fund

/s/ Jeffrey L. Karlin