IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 1:05Ccv01662-JMF |
| | )<br>) |
| THE TROAST GROUP, INC. | )<br>) |
| Defendant. | ) |

## ORDER

**UPON CONSIDERATION** of Defendant's Unopposed Motion for an Extension of Time to File an Opposition to Plaintiff's Motion for Summary Judgment any response thereto by Plaintiff or Defendant The Troast Group, Inc., and the record herein, it is by the Court on this _____ day of _____, 2006, hereby

**ORDERED**, that Defendant's Unopposed Motion for an Extension of Time to File an Opposition to Plaintiff's Motion For Summary Judgment is hereby GRANTED, and it is further

**ORDERED**, The Troast Group, Inc., will has until and including December 4, 2006 to file a response to Plaintiff's Motion for Summary Judgment. in the above-entitled action.

_____
John M. Facciola
United States Magistrate Judge

cc:   All Counsel of Record

```
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November 2006, a copy of the foregoing Proposed Order Granting Defendant's Unopposed Motion for an Extension of Time to File an Opposition to Plaintiff's Motion For Summary Judgment was sent by facsimile and first-class mail, postage prepaid, to the following:

The Troast Group, Inc.
100 West Century Road
Paramus, NJ 07652
Telephone:   (201) 252-7300
Facsimile:   (201) 262-1923
Defendant

Sanford G. Rosenthal, Esq.
  srosenthal@jslex.com
Shanna Cramer, Esq.
  scramer@jslex.com
JENNINGS SIGMOND
510 Walnut Street
Philadelphia, PA 19108
Telephone:   (215) 351-0611
Facsimile:   (215) 922-3524
Attorneys for Plaintiff International Painters and Allied
Trades Industry Pension Fund

/s/ Jeffrey L. Karlin