**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No.  1:05cv01662-JMF ) |
| THE TROAST GROUP, INC. | ) ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ADDITIONAL EXTENSION OF TIME TO FILE**
**AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant The Troast Group, Inc. ("Troast"), by and through its counsel, hereby moves

for an extension of the December 4, 2006 deadline to file an opposition to Plaintiff International

Painters and Allied Trades Industry Pension Fund's (the "Fund") Motion for Summary Judgment

in the above-captioned action until three (3) weeks after the Court rules on the currently-pending

Motion for Withdrawal of Appearance filed by the law firm of Gray, Plant, Mooty, Mooty &

Bennett, P.A. ("Gray Plant Mooty").  In support of its Motion, Troast states as follows:

1.        That on October 30, 2006, the Fund filed a Motion for Summary Judgment which,

if granted, would be dispositive of all of the claims against Troast in this action.

2.        That on November 2, 2006, Gray Plant Mooty filed a Motion for Withdrawal of

Appearance in this action under Local Rule 83.6(b).

3.        That nearly thirty days after the filing of the Motion for Withdrawal, Troast has

not filed an opposition to the Motion for Withdrawal, in any other way responded to the Motion

whatsoever, paid the fees it owes Gray Plant Mooty for its work on this case, or even contacted

its counsel.

5.    That upon filing the Motion for Withdrawal, the Clerk of this Court automatically terminated Gray Plant Mooty as counsel for Troast.  Because of this action, Gray Plant Mooty ceased receiving notifications from the Court of its rulings, including its Order of November 14, 2006, granting Troast's initial Motion for an Extension of Time.

6.    That Troast and its current counsel need guidance from the Court at this point as to how to proceed in this matter.  Troast's initial Motion for an Extension was based entirely on the fact that the extra time would "allow the Court time to consider and rule on the Motion for Withdrawal and, if granted, allow Troast adequate time to obtain new counsel and/or weigh its options with respect to responding to the Fund's Motion for Summary Judgment."  However, without a ruling on the Motion for Withdrawal, it is not clear as to whether the Court intends to require Gray Plant Mooty to shoulder the burden (on an unpaid basis) to respond to the Motion for Summary Judgment or to allow Troast to make other arrangements—including using the other counsel it has employed to represent it in other matters throughout the time this case has been pending.

7.    That Troast, though its current counsel Gray Plant Moot, respectfully requests that the Court extend the deadline for filing a response to the Motion for Summary Judgment until three weeks following the Court's ruling on the Motion for Withdrawal.  This new deadline would allow Troast to have the ability to transition to new counsel (which should have started almost a month ago when the Motion to Withdrawal was filed).

8.    That the extension would relieve Gray Plant Mooty of the financial burden of representing Troast without payment, especially given the significant amount of time it would take to respond to the Motion for Summary Judgment.  Troast made numerous promises to Gray Plant Mooty over the last six months to settle its account (either in full or in part) and no

payment was ever received.  Nevertheless, the company has not filed for bankruptcy and, as noted above, still continues to employ other attorneys to handle other matters.   Therefore, requiring Gray Plant Mooty to continue in its representation in this matter would merely reward Troast when it has failed to substantially fulfill its obligation to its current counsel.

9.    That, at the very least, Troast respectfully requests a conference with the Court so that these issues can be fully discussed.

10.    That on December 1, 2006, counsel for Troast, Jeffrey L. Karlin, spoke to counsel for the Fund, Shanna Cramer, who stated that the Fund did not oppose this Motion.

WHEREFORE, Troast respectfully requests that the Court allow Troast an extension of its deadline to file a response to the Fund's Motion for Summary Judgment until three (3) weeks after the ruling on the Motion for Withdrawal is issued.

A proposed Order is enclosed.

Respectfully submitted,

/s/ Jeffrey L. Karlin
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
  Jeffrey.Karlin@gpmlaw.com
GRAY, PLANT, MOOTY,
  MOOTY & BENNETT, P.A.
2600 Virginia Avenue, N.W.,
Suite 1111
Washington, D.C.  20037
Telephone:    (202)  295-2207
Facsimile:    (202)  295-2257

Date:  December 1, 2006        Attorneys for Defendant The Troast Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2006, a copy of the foregoing

Defendant's Unopposed Motion for an Additional Extension of Time to File an Opposition to

Plaintiff's Motion for Summary Judgment was sent by facsimile and first-class mail, postage

prepaid, to the following:


The Troast Group, Inc.
100 West Century Road
Paramus, NJ 07652
Telephone:    (201) 252-7300
Facsimile:    (201) 262-1923
Defendant

Sanford G. Rosenthal, Esq.
   srosenthal@jslex.com
Shanna Cramer, Esq.
   scramer@jslex.com
JENNINGS SIGMOND
510 Walnut Street
Philadelphia, PA 19108
Telephone:    (215) 351-0611
Facsimile:    (215) 922-3524
Attorneys for Plaintiff International Painters and Allied
Trades Industry Pension Fund


                         /s/ Jeffrey L. Karlin