UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND
ALLIED TRADES INDUSTRY
PENSION FUND,

    Plaintiff,

    v.

THE TROAST GROUP, INC.,

    Defendant.

Civil Action No. 05-1662 (JMF)

**SECOND SHOW CAUSE ORDER**

This case is before the Court upon consent of the parties to a trial before a United States Magistrate Judge. A two day trial is currently scheduled for February 26, 2007. A pre-trial conference is scheduled for February 1, 2007 at 10:00 a.m.

On October 30, 2006, plaintiff moved for summary judgment. On November 2, 2006, counsel for defendant moved to withdraw, citing the fact that he had not been paid for the legal services provided defendant. On November 10, 2006, counsel for defendant moved for an extension of time within which defendant had to respond to plaintiff's pending motion for summary judgment. The extension was granted by the court on November 14, 2006, giving defendant until December 4, 2006 to file its opposition. On December 1, 2006, counsel for defendant again moved for an extension of time within which defendant had to respond to plaintiff's motion for summary judgment. This time, defendant's counsel asked that defendant

be given an additional three weeks from the date the court ruled on his pending motion to withdraw. On December 4, 2006, the court granted both defense counsel's motion to withdraw and his motion for an extension of time on behalf of defendant with regards to the pending summary judgment motion.

To the best of the court's knowledge, as of today's date, defendant has failed to retain new counsel. It therefore appearing that plaintiff's motion for summary judgment remains unopposed, defendant is, hereby,

**ORDERED** to show cause in writing by <u>February 5, 2007</u>, why plaintiff's motion should not be granted and the case dismissed. It is further, hereby,

**ORDERED** that the pretrial and trial dates are cancelled pending the resolution of plaintiff's motion for summary judgment. It is further, hereby,

**ORDERED** that the US Marshal Service shall cause a copy of this order to be served upon the defendant at the following address: The Troast Group, 100 W. Century Rd., Paramus, NJ 07652. Finally, it is, hereby,

**ORDERED** that the previous Show Cause Order, filed on 1/8/07, is **VACATED.**

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: