UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>THE TROAST GROUP, INC.,<br><br>    Defendant. | FILED<br>MAR 0 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 05-1662 (JMF) |

## ORDER

This case is before the Court upon consent of the parties to a trial before a United States Magistrate Judge. On October 30, 2006, plaintiff moved for summary judgment. On December 4, 2006, the court granted both defense counsel's motion to withdraw and his motion for an extension of time on behalf of defendant with regards to the pending summary judgment motion. On January 25, 2007, the Court issued an order directing defendant to show cause in writing by February 5, 2007 why plaintiff's motion should not be granted and the case dismissed. The Court also ordered the US Marshal Service to cause a copy of the order to be served upon the defendant. Such service was perfected on January 29, 2007. See Exhibit 1 (Process Receipt and Return).

It appearing that defendant has not responded to the Court's order, it is therefore, hereby,

**ORDERED** that Plaintiff's Motion for Summary Judgment [#31] is **GRANTED**.

**SO ORDERED.**

_/s/ John M. Facciola_
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: 03/02/07

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN 1/24/2007<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. AR |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| International Painters and Allied Trades Industry Pension Fund | CA-05-1662 JMF |
| DEFENDANT | TYPE OF PROCESS |
| The Troast Group, Inc. | Second Show Cause Order |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

The Troast Group

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

100 W. Century Rd., Paramus, New Jersey 07652

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2007 JAN 25 PM — U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT    TELEPHONE NUMBER    DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 1/25/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  _____ Dr. Sales & Marketing

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 1/29/2007   Time: 2:21 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 13.55 | | $58.55 | | | |

REMARKS: 1/30/2007  18.82 x 2 = 37.64 x .36 = 13.55
                                                   45.00
                                                   58.55

CA-05-1662-1

** TOTAL PAGE.02 **