UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 05 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,**

    Plaintiff,

    v.

**THE TROAST GROUP, INC.,**

    Defendant.

Civil Action No. 05-1662 (JMF)

## JUDGMENT

This case having been considered by the Court on plaintiff's motion for summary judgment, before the Honorable John M. Facciola, and the Court having rendered its decision for plaintiff,

It is **ORDERED** and **ADJUDGED** that the plaintiff shall recover from the defendant $91,889.81 and its costs of action.

**SO ORDERED.**

_____
Clerk of the Court

Dated: 3/5/07